FILED

2003 OCT 24 A 10:52

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, | : | 301CV2129 (AVC) |
| *Plaintiff*, | : | |
| v. | : | |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | |
| *Defendants*. | : | |
| | : | OCT. **23**, 2003 |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiffs respectfully move for an order extending by thirty (30) days the time for them to file a response to defendants' motion for summary judgment, until Nov. 24, 2003, and represent:

1. Plaintiffs need additional time to prepare their response. There are five plaintiffs. Each has had to read the papers and help prepare the response. The memorandum in support of defendants' summary judgment motion has 34 pages and is accompanied by 436 pages of affidavits and other exhibits. The response to a motion for summary judgment in a Title VII case

involves combing the record for direct and circumstantial evidence of discrimination. The record here is extensive. There are, by plaintiff's count, 1817 pages of deposition transcript as well as several thousand pages of documents. Combing this kind of record takes time.

2. In recent weeks plaintiffs' counsel has had two other responses to motions for summary judgment due and has also had to prepare for a trial in a superior court.

3. This is the third, and hopefully final, extension requested.

4. On Oct. 22, 2003, defense counsel, Lawrence Peikes, Esq., was consulted by telephone and consented to the request for extension.

                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL

                          By: /s/ WBarnes
                              WILLIAM B. BARNES, ESQ.
                                   (CT00268)
                              Rosenstein & Barnes
                              P.O. Box 687
                              1100 Kings Hwy. East,
                              Fairfield, CT 06432
                              (203) 367-7922

**CERTIFICATION**

A copy of the foregoing was faxed and mailed to the following persons on October 23, 2003:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_____
WILLIAM B. BARNES, ESQ.

3