UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, | : | 301CV2129 (AVC) |
|     *Plaintiff*, | : | |
| v. | : | |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | |
|     *Defendants*. | : | |
| | : | OCT. 23, 2003 |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiffs respectfully move for an order extending by thirty (30) days the time for them to file a response to defendants' motion for summary judgment, until Nov. 24, 2003, and represent:

1. Plaintiffs need additional time to prepare their response. There are five plaintiffs. Each has had to read the papers and help prepare the response. The memorandum in support of defendants' summary judgment motion has 34 pages and is accompanied by 436 pages of affidavits and other exhibits. The response to a motion for summary judgment in a Title VII case

GRANTED.
Alfred V. Covello, U.S.D.J.

October 28, 2003.
SO ORDERED.