UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | CONSOLIDATED |
| Plaintiffs, | : | 301CV2129 (AVC) |
| v. | : | |
| PITNEY BOWES, INC., and IMAGISTICS INTERNATIONAL, INC., | : | |
| Defendants. | : | |
| | : | November 19, 2003 |

### CONSENT MOTION TO EXTEND TIME

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time for them to reply to Defendants' motion for summary judgment, dated Aug. 4, 2003, until Dec. 12, 2004, and represent:

1. Counsel for Defendants was contacted on November 19, 2003, and consents to the extension. See affidavit of William B. Barnes, attached.

2. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

GRANTED.
Alfred V. Covello, U.S.D.J.

November 21, 2003.
SO ORDERED.