FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
|     *Plaintiffs*, | : | |
| v. | : | |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | CONSOLIDATED CASES |
|     *Defendants*. | : | |
| | : | December 12, 2003 |

**CONSENT MOTION TO EXTENSION TIME**

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend of time to reply to Defendant's motion for summary judgment, dated Aug. 4, 2003, until Jan. 16, 2004 and represent:

1. Counsel for Defendants was contacted on Dec. 11, 2003, and consents to the extension. See affidavit of William B. Barnes, attached.

2. These consolidated five plaintiffs, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.
December 16, 2003.