FILED

2004 FEB 17 P 2: 46

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| Defendants. | | |
| | : | FEBRUARY 17, 2004 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Plaintiffs, with the consent of opposing counsel, respectfully move for an order **nunc pro tunc** from February 13, 2004 to February 17, 2004 to respond to defendants motion for summary judgment. The grounds for this motion are as follows:

1. Counsel for Defendants was contacted on February 17, 2004, and consents to the extension.

2. The memorandum in support of defendants' summary judgment motion has 34 pages and is accompanied by 436 pages of affidavits and other exhibits. This is not the entire record. There are, by counsel's count, 1817 pages of deposition transcripts as well as several thousand pages of other transcript and documents.

3. Scheduling of all plaintiffs to come in to review the documents and sign their respective affidavits.

4. This is the seventh extension sought by Plaintiffs to reply to the motion for summary judgment.

WHEREFORE, for all of the accompanying reasons, Plaintiffs respectfully move on consent for an order granting them until Feb. 17, 2004 to file their opposition to Defendant's motion for summary judgment.

                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL

By: *William B. Barnes* "per D. Lally"
     WILLIAM B. BARNES, ESQ.
        (CT00268)
     Rosenstein & Barnes
     P.O. Box 687
     1100 Kings Hwy. East,
     Fairfield, CT 06824
     (203) 367-7922
     E-Mail wbarnes@rosenbar.com

**CERTIFICATION**

A copy of the foregoing was faxed and mailed to the following persons on February 17, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_William B Barnes_ "per DLaly
WILLIAM B. BARNES, ESQ.