UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | |
| Defendants. | : | |
| | : | FEBRUARY 18, 2004 |

### NOTICE OF FILING HARD COPY OF EXHIBITS

Plaintiffs submitted hard copies of exhibits A-J only to be that are attached to the 56(a) Statement due to the fact these exhibits were not available to be transferred to a disc or CD.

THE PLAINTIFFS
DEBRA COSENTINO, ET AL

By: _William B Barnes_ "as per D Lally"
WILLIAM B. BARNES, ESQ.
(CT00268)
Rosenstein & Barnes
P.O. Box 687
1100 Kings Hwy. East,
Fairfield, CT 06824
(203) 367-7922
E-Mail wbarnes@rosenbar.com

**CERTIFICATION**

 A copy of the foregoing was faxed to the following persons on February 18, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

        _William B. Barnes_ "as per D. Lally"
        WILLIAM B. BARNES, ESQ.