FILED

2004 FEB 17  P 2:46

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEBRA COSENTINO, ET AL,                    :    301CV2129 (AVC)

    *Plaintiffs,*                          :         *nkw*

v.                                          :

PITNEY BOWES, INC. and                      :    CONSOLIDATED CASES
IMAGISTICS INTERNATIONAL, INC.,

    *Defendants.*                          :

                           :    FEBRUARY 17, 2004

## MOTION FOR EXTENSION OF TIME ON CONSENT

    Plaintiffs, with the consent of opposing counsel, respect-
fully move for an order **nunc pro tunc** from February 13, 2004 to
February 17, 2004 to respond to defendants motion for summary
judgment.  The grounds for this motion are as follows:

    1.    Counsel for Defendants was contacted on February 17,
2004, and consents to the extension.

    2.    The memorandum in support of defendants' summary
judgment motion has 34 pages and is accompanied by 436 pages of
affidavits and other exhibits.  This is not the entire record.
There are, by counsel's count, 1817 pages of deposition tran-
scripts as well as several thousand pages of other transcript and
documents.

*(handwritten in left margin)* GRANTED. February 19, 2004. SO ORDERED. Alfred V. Covello, U.S.D.J.