UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, et al., | X : | MASTER CAPTION |
| Plaintiff, | : : | CASE NO. 301CV2129 (AVC) |
| v. | : : : | |
| PITNEY BOWES INC, and IMAGISTICS INTERNATIONAL, INC., | : : | FEBRUARY 24, 2004 |
| Defendants. | : : X | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY PAPERS**

Pursuant to D. Conn. L. Civ. R. 7(b), defendants Pitney Bowes Inc. and Imagistics International Inc. (collectively "defendants") hereby move for a 10-day extension of time, up to and including March 11, 2003, to file a reply in further support of their motion for summary judgment in the above-captioned matter.

Defendants' summary judgment motion was filed with the Court on August 4, 2003. After procuring a series of extensions, plaintiffs filed and served their opposition papers on February 16, 2004. Plaintiffs' Local Rule 56(a)2 Statement ("Statement") includes 159 numbered paragraphs. While plaintiffs' Statement does not comport with the requirements of D. Conn. L. Civ. R. 56(a)2, in that plaintiffs fail to include a section entitled "Disputed Issues of Material Fact" but instead purport to articulate a series of "Material Facts as to Which it is Contended There Is a Material Issue to Be Tried," defendants will require more than the ten (10) days allotted by D. Conn. L. Civ. R. 7(d) to prepare a reply addressing each of these alleged material facts as well as the arguments advanced in plaintiffs' opposition brief. The need for an extension is particularly acute given defense counsel's schedule, which includes a March 1, 2004

2

deadline for filing a dispositive motion in a matter pending before Judge Dorsey. Defendants' request for a 10-day extension of time to file reply papers is therefore supported by good cause.

Counsel for defendants contacted plaintiffs' counsel in order to ascertain plaintiffs' position as to this motion and counsel responded that plaintiffs have no objection.

This is the first request by defendants for an extension of time to file a reply in further support of their summary judgment motion.

Respectfully submitted,

DEFENDANTS
PITNEY BOWES INC. and
IMAGISTICS INTERNATIONAL INC.

_____
Lawrence Peikes (ct07913)
Wiggin and Dana LLP
Their Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time to File Reply Brief was served by first-class U.S. mail, postage prepaid, on this 24th day of February, 2004, on:

>William B. Barnes, Esq.
>Rosenstein & Barnes
>1100 Kings Hwy. East
>Fairfield, CT  06432

_____
Lawrence Peikes

\15058\410\83467.1