49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, et al., | X : | MASTER CAPTION |
| | : | CASE NO. 301CV2129 (AVC) |
| Plaintiff, | : | RKW |
| v. | : | |
| PITNEY BOWES INC, and IMAGISTICS INTERNATIONAL, INC., | : : | FEBRUARY 24, 2004 |
| Defendants. | : X | |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY PAPERS

Pursuant to D. Conn. L. Civ. R. 7(b), defendants Pitney Bowes Inc. and Imagistics International Inc. (collectively "defendants") hereby move for a 10-day extension of time, up to and including March 11, 2003, to file a reply in further support of their motion for summary judgment in the above-captioned matter.

Defendants' summary judgment motion was filed with the Court on August 4, 2003. After procuring a series of extensions, plaintiffs filed and served their opposition papers on February 16, 2004. Plaintiffs' Local Rule 56(a)2 Statement ("Statement") includes 159 numbered paragraphs. While plaintiffs' Statement does not comport with the requirements of D. Conn. L. Civ. R. 56(a)2, in that plaintiffs fail to include a section entitled "Disputed Issues of Material Fact" but instead purport to articulate a series of "Material Facts as to Which it is Contended There Is a Material Issue to Be Tried," defendants will require more than the ten (10) days allotted by D. Conn. L. Civ. R. 7(d) to prepare a reply addressing each of these alleged material facts as well as the arguments advanced in plaintiffs' opposition brief. The need for an extension is particularly acute given defense counsel's schedule, which includes a March 1, 2004

GRANTED.
February 27, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.