## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | X | MASTER CAPTION |
| DEBRA COSENTINO, et al., | : | |
| | : | CASE NO. 301CV2129 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC., and IMAGISTICS | : | |
| INTERNATIONAL, INC., | : | MARCH 11, 2004 |
| | : | |
| Defendants. | : | |
| | X | |

### AFFIDAVIT OF LAWRENCE PEIKES

STATE OF CONNECTICUT )
                      )    ss.:
COUNTY OF FAIRFIELD   )

LAWRENCE PEIKES, being duly sworn, deposes and says:

1.    I am a partner with the law firm of Wiggin and Dana LLP in Stamford, Connecticut, and am admitted to practice before this Court. I am over the age of eighteen and fully understand the meaning and significance of an oath. This affidavit is submitted in support of defendants' motion for summary judgment in the above-captioned case, and will serve to authenticate the deposition transcript excerpts and deposition exhibits cited in the accompanying reply memorandum of law and response to plaintiffs' Local Rule 56(a)2 Statement.

2.    Attached hereto at Tab A is a true and correct copy of excerpts from the transcript of the deposition of Debra Cosentino, conducted on February 13, 2003.

3.    Attached hereto at Tab B is a true and correct copy of excerpts from the transcript of the deposition of Geraldine Benton, conducted on February 10, 2003.

4.    Attached hereto at Tab C is a true and correct copy of excerpts from the transcript of the deposition of Patricia M. Buonincontra, conducted on February 11, 2003.

5.    Attached hereto at Tab D is a true and correct copy of excerpts from the transcript of the deposition of Kimberly Convertito-Cifatte, conducted on February 12, 2003.

6.    Attached hereto at Tab E is a true and correct copy of excerpts from the transcript of the deposition of Donna Moore, conducted on February 14, 2003.

_____
Lawrence Peikes

Subscribed and sworn to before me
this 11th day of March 2004.

_____
Notary Public

**My Commission Expires Feb 28, 2006**

**CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of March 2004, a copy of the foregoing Affidavit

of Lawrence Peikes was served by first-class mail, postage prepaid, on:

> William B. Barnes, Esq.
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> Fairfield, CT  06432

_____
Lawrence Peikes

\15058\410\84230.1

**TAB A**

1                    Debra Cosentino                268

2    "Simpson lead the female employees to believe

3    that they would sooner or later be involuntarily

4    terminated if they did not leave the group."

5                    Did Mr. Simpson ever lead you to

6    believe that you would be fired if you didn't

7    leave on your own accord?

8         A.    No.

9         Q.    Did any of the other ECO sales reps

10    express the sentiment that they felt Mr. Simpson

11    was going to fire them?

12         A.    Not while I was there.

13         Q.    Paragraph 18 says, "Simpson made

14    remarks denegrading women to and about the female

15    employees in the ECO cartridge group while he was

16    a supervisor."

17                    Are there any such remarks that were

18    made in your presence?

19         A.    There was -- I believe at a luncheon

20    it was brought up that women should stay at home.

21         Q.    Who was present at this luncheon?

22         A.    Mary, Kim, myself, Pat.  I don't

23    know if Geri was there.

24         Q.    Was Darryl there?

25         A.    I'm not sure.

```
 1              Debra Cosentino              269

 2      Q.     Where was the luncheon?

 3      A.     I believe it was at Stella's in

 4  Stratford.

 5      Q.     Was Mr. Simpson addressing anyone in

 6  particular when he made this remark?

 7      A.     No.

 8      Q.     Did you take offense to the remark

 9  at the time?

10      A.     No.

11      Q.     Did he appear to be joking?

12             MR. BARNES:  Objection to form.

13      A.     Could have taken it in a joking way.

14      Q.     Do you recall what precipitated this

15  remark?

16      A.     No, I don't.

17      Q.     Did Mr. Simpson ever do anything by

18  way of action that suggested to you that in his

19  mind, women should not be in the workplace but

20  should be at home instead?

21      A.     By his action?

22      Q.     Right.

23      A.     No.

24      Q.     I think you indicated there were

25  five people at that lunch, right, that you
```

**TAB B**

1                          Benton

2          A.      During one of our weekly meetings.

3    I feel sorry for anyone that has to work with

4    you.

5          Q.      **Can you put a time frame on this**

6    **meeting, a month, a year?**

7          A.      A month, a year of what?

8          Q.      **When the meeting took place.**

9          A.      Meeting took place in the conference

10   room in Trumbull.

11         Q.      **When?**

12         A.      I don't know when.

13         Q.      **Do you recall what year it was?**

14         A.      2000.

15         Q.      **So this incident predated Moore's**

16   **arrival; is that right?**

17         A.      I believe so.

18         Q.      **What was the context in which these**

19   **comments were made?**

20         A.      What was the context?  What do you

21   mean by that?

22         Q.      **What was being discussed at the**

23   **time?**

24         A.      The girls were explaining how the

25   database was pretty well exhausted and that the

```
 1                    Benton

 2    in trouble.

 3         Q.    I'm just asking whether you did, as

 4    opposed to why.

 5              Do you recall whether you made your

 6    commission in that particular month?

 7              MR. BARNES:  Objection to form.

 8              You may answer.

 9         A.    No.  I don't remember.

10         Q.    Are there any other incidents that

11    you recall that caused you to become upset to the

12    point where you either used your Xanax and/or

13    your inhaler?

14         A.    After -- after the August 30th, 2000

15    episode, I left work, I took the day after that

16    off, and then I came back.  When I had left work

17    on the 30th, that afternoon I called human

18    resources and I talked to Dawn Stevens and I told

19    her that I wanted to make an appointment.  And I

20    had an appointment that Friday with her.  And I

21    went upstairs and I told her exactly what was

22    going on and she was appalled.  I got extremely

23    upset going through all that, and when I came

24    downstairs I took a Xanax and the girls said, you

25    know, maybe you shouldn't have done that, you're
```

1                          Benton

2          A.      I remember going back to my

3    department and saying, you know, can you believe

4    this.  And I told the girls.  Mary's there crying

5    hysterical.

6          Q.      **When you say you told the girls, who**

7    **in particular are you talking about?**

8          A.      The group I worked with, Kim, Debra,

9    Pat.

10         Q.      **Do you recall anything else about**

11   **that conversation with your three colleagues?**

12         A.      No.

13         Q.      **And on this occasion after speaking**

14   **to Mary, you also either took Xanax or used your**

15   **inhaler?**

16         A.      Correct.

17         Q.      **Do you recall any other specific**

18   **incidents where you used Xanax or you used your**

19   **inhaler in the office?**

20         A.      No.  I can't recall.

21         Q.      **With regard to these incidents that**

22   **we just covered, did you make any notes of these**

23   **events?**

24         A.      Well, I went up to human resources

25   about Mary crying.

1                    Benton

2    back to some basic introductory questions that I

3    usually inquire of at the outset, although we

4    went off on a bit of a tangent here.

5              Other than speaking to Mr. Barnes,

6    did you do anything to prepare for your

7    deposition?  Did you review any documents or

8    speak to anybody else to help you prepare for the

9    deposition?

10        A.    No.

11              MR. BARNES:  Objection to form.

12        Compound.

13              You may answer.

14        Q.    Have you spoken to any of the other

15    plaintiffs in this case about your deposition?

16        A.    Yes.

17        Q.    Who did you speak to?

18        A.    I spoke to all four girls and told

19    them I was going today.  And that if they needed

20    to contact me I was staying at my daughter's

21    house.

22        Q.    When did you make these contacts?

23        A.    Over the weekend.

24        Q.    Were they telephone calls?

25        A.    Uh-huh.

1                            Benton

2   requirements, you think that's an unfair rating;

3   is that right?

4        A.    At a two rating, yes.  And it's

5   funny, because it was after -- after I had

6   complained to him that he put the positive

7   statement in here on the labels but he never

8   changed the generation of monies.

9        Q.    Do you think Mr. Simpson was being

10  unfair to you in this review?

11       A.    Yes.  I do feel he was being unfair

12  to me.

13       Q.    Do you have any opinions as to why

14  he was being unfair to you in this review?

15       A.    No.  Because I was so concerned

16  about this, I said to the girls, I can't -- I was

17  almost embarrassed.  I said, I can't believe I

18  only got a two rating.  Well, don't feel bad, we

19  only got two's, too.  What was this, all the

20  women get two's?

21       Q.    Well, you said Debra Cosentino

22  didn't get a two?

23       A.    No.

24       Q.    What did she get?

25       A.    I don't know what she got.  She got

1                          Benton

2      **issuance of this memo --**

3          A.      No.  After this memo was issued, I

4      believe, there was a memo generated that someone

5      else in the group and I were seen out at the

6      picnic table five minutes before time.

7          Q.      **My question, though, was, do you**

8      **recall Mr. Simpson registering any concerns or**

9      **complaints to you and the other members in the**

10     **group about excessive break time prior to this**

11     **memo being issued or was this the first you guys**

12     **had ever heard of it being a problem?**

13         A.      I believe this was the first that we

14     were reminded of this.

15         Q.      **Were you aware of the policy on**

16     **breaks at Pitney Bowes prior to the time that**

17     **Mr. Simpson sent you this memo?**

18         A.      Breaks had never seemed to be an

19     issue because many times the girls would work

20     through their whole morning without taking a

21     break.  So that you would take a few minutes

22     extra, maybe the following day, or in the

23     afternoon.

24         Q.      **My question was, were you aware of**

25     **the policy on breaks that existed at Pitney Bowes**

1                         Benton

2    received for commissions?

3         A.      Not as badly.  I could talk to

4    Donna.  You know, Donna was open.  I could say to

5    her, Donna, this says this.  And then she would

6    bring that information to Gary.  And then Gary

7    would send -- it was just like Donna was a

8    go-between.  And then Gary would tell Donna this,

9    and then Donna would bring it back to the rep and

10   the rep would bring it to Donna and Donna would

11   bring it to Gary.

12        Q.      Did you consider Ms. Moore to be an

13   advocate on your behalf when I came to the issue

14   of commissions?

15        A.      Well, she was in the room, she could

16   see what was going on, she could see the girls

17   weren't goofing around that they were working and

18   doing everything that they were supposed to be

19   doing.

20        Q.      Were there ever any discrepancies

21   between what you had recorded as sales,

22   commissionable sales, and what came back to you

23   from the company during the period Ms. Moore was

24   your supervisor?

25        A.      Yes.  It would come back again, you

**TAB C**

1                      Buonincontra

2          Q.       Did you find that the size of the

3    room and the close proximity of the other sales

4    representatives made it more difficult for you to

5    do your job?

6          A.       No.  I adjusted to that.

7          Q.       How long did it take you to adjust?

8          A.       Well, I had to adjust very quickly.

9          Q.       To your knowledge, did any of the

10   other sales reps complain about the size of the

11   room or the set-up of the room to Mr. Simpson or

12   somebody else in management?

13         A.       I really don't know.

14         Q.       Was it a topic of discussion amongst

15   the sales reps in the room?

16         A.       We had discussions about it because

17   I was bringing up legitimate complaints.  I mean,

18   one of the girls that worked there was very loud

19   and she happened to be sitting across from me at

20   the time.  I couldn't concentrate on the phone

21   because she was talking so loudly, so we did

22   switch -- we ended up switching seats, I moved

23   into another location in the back of the room.

24         Q.       Who was the sales rep that was

25   particularly loud?

1                        Buonincontra

2        A.      I told them I called corporate.

3        Q.      **Who did you tell?**

4        A.      I told Geri, I told Kim, I told

5    Debbie, I told the girls in the room.

6        Q.      **Did you ask them not to inform**

7    **Mr. Simpson about the fact that you had contacted**

8    **headquarters?**

9        A.      I didn't ask them anything.

10        Q.      **So the only person in the room at**

11    **the meeting where Ms. Coleman disclosed that you**

12    **had contacted corporate headquarters who didn't**

13    **already know about it was Mr. Simpson; is that**

14    **right?**

15        A.      Well, Mary didn't know about it.

16    Donna didn't know about it.  Gary didn't know

17    about it.  So, no, he wasn't the only one.

18        Q.      **Only those --**

19        A.      And I don't need to report that I

20    call corporate to anybody.

21        Q.      **I'm just asking you what took place,**

22    **that's all.  Aside from those three, Mary, Gary,**

23    **and Donna, did everybody else in attendance in**

24    **the room know about the fact that you had**

25    **contacted HR in corporate?**

```
 1                    Buonincontra

 2            So to the extent you can do this

 3   chronologically, and I realize it's a while ago,

 4   can you begin with the first occasion that you

 5   can recall right now that Mr. Simpson raised his

 6   voice and tell me what took place?

 7        A.     I can't recall obviously

 8   chronologically, and there were different

 9   occasions.  When the first -- I don't exactly

10   remember the first meeting.  I do remember on

11   several different occasions there were meetings

12   where he did raise his voice.  And most of the

13   time it was in reference to production, you know,

14   phone calls, the other people in the room, the

15   other -- the other women in the room.  Not always

16   directed to me for a personal reason with just

17   myself.  It involved other people.

18        Q.     Do you recall any particular

19   meetings, specific meetings, that stand out in

20   your mind?

21        A.     Well, one of them -- one in

22   particular, and I'm not -- I can't even recall

23   what we were discussing, the nature of the

24   meeting.  I do remember that Gary had the

25   tendency to repeat things over and over again,
```

1                      Buonincontra

2    you know, to make a point.  And this one

3    particular meeting he was making a point, whether

4    it be about numbers or -- I can't recall the

5    exact thing about the meeting, but I told him

6    early on into the conversation his point was well

7    taken, which every two, three minutes he repeated

8    the same thing, you know.  And then again it was

9    the same thing.  And then again it was the same

10   thing.  He's repeating.

11               I don't know the period of time I

12   sat there and listened to that, because it just

13   seemed like it went on forever till it was over.

14   And that's when I had gotten up, I had at that

15   point gotten up and that's when I opened up his

16   office door to leave.  And I told him, I says,

17   you know, you're like a Chinese water torture and

18   everything is very negative all the time, because

19   it was like dripping constantly till it wore you

20   down.

21               And that's when he was calling me to

22   come back and that was it.  I was going back to

23   the office and he ran after me.  And that at that

24   time was when I wanted to go into the inner door

25   which led to the office, I had my hand on the

1                    Buonincontra

2    handle, his foot was in front of the door, I

3    couldn't get through there.  And he was screaming

4    in my ear.  Do you understand me, do you

5    understand me.  That's all he kept repeating, and

6    he was in a rage.  I'll tell you what, at that

7    point I was a little bit afraid.  Actually, I was

8    a lot afraid at that point.  Because all I wanted

9    to do was get into that office.

10          Q.      **Did he put his hands on you at all?**

11          A.      No.  But I couldn't go through the

12    door, I had to stand there.

13          Q.      **Did you respond when he repeatedly**

14    **said do you understand me?**

15          A.      Actually, I looked at him like he

16    was crazy at that point, because that's what I

17    felt.  I mean, he was in a rage.  There was no

18    doubt in my mind that he was in a rage at that

19    point.  And I was not going to add any more

20    insult to injury because when I came back into

21    that office I immediately within ten to 15

22    minutes called and apologized for making that

23    remark because I realized I should not have done

24    that in respect for a manager or supervisor.

25                  Shortly thereafter I had a memo on

1                    Buonincontra

2    my desk for a written warning about the remark,

3    when he -- prior to giving me this -- or,

4    actually, he gave me the memo and then I had

5    called him up as soon as I read it.  And put it

6    in my file.

7        Q.      When you called to apologize, did

8    Mr. Simpson respond in any way?

9        A.      He said, it's okay, Pat.  You know,

10    I mean, we all have our differences, so to speak.

11    But yet again, that memo was written and I had to

12    go through that confrontation.  And that memo

13    stayed in my file, it was never removed.

14        Q.      But you acknowledged that what you

15    said about the Chinese water torture was not an

16    appropriate thing to say to a manager?

17        A.      Correct.  It was inappropriate to

18    say to anybody, but that's at the point I was at.

19    I mean, he just kept going on and on and on and

20    on.

21        Q.      Are there any other specific

22    incidents that you recall where during the course

23    of a one-on-one meeting with you Mr. Simpson

24    raised his voice?

25        A.      There are other occasions when he

Page 234

1                    Buonincontra

2         A.      If I recall correctly, there was a

3    meeting that took place, I believe, where Gary

4    was made to apologize to the group for his

5    actions.  That's all, and I wasn't present.  So

6    I'm not sure.

7         Q.      **Did you receive a report on that**

8    **meeting?**

9         A.      No.

10        Q.      **How do you know about it?**

11        A.      Because they were -- the girls were

12   telling me.

13        Q.      **What did they tell you took place?**

14        A.      Just that he had to apologize for, I

15   don't know, his actions and that was the gist of

16   it, basically.

17        Q.      **Was there any particular action that**

18   **he apologized for?**

19        A.      I don't recall.  That's -- that's

20   all I was told.  I wasn't present, so...

21        Q.      **Did any of the ECO sales reps, to**

22   **your knowledge, inquire of human resources after**

23   **this complaint was registered as to specifically**

24   **what was being done by HR in response to the**

25   **complaint?**

1                          Buonincontra

2          A.      Well, I believe they went to

3    sporting events occasionally.  I believe he was

4    given Blue Fish tickets, you know, to go to the

5    game.  And I even remember remarking myself, you

6    know, how come Darryl gets to go to the game or

7    he gets tickets and, you know, Gary's response

8    was, well, you women don't like baseball.

9          Q.      **And what did you respond to that?**

10         A.      How would he know if we didn't like

11   baseball or not.  Would we have gone as a group

12   if we were invited, of course.

13         Q.      **Would you have gone individually**

14   **with Mr. Simpson to a baseball game?**

15         A.      No.

16         Q.      **Did Mr. Schneider go with**

17   **Mr. Simpson individually, to your knowledge?**

18         A.      To my knowledge, yes.

19         Q.      **Have you ever gone to a Blue Fish**

20   **game?**

21         A.      Yes.

22         Q.      **Are there any other examples that**

23   **you can think of now upon which you base your**

24   **allegation that Mr. Simpson treated the men in**

25   **the ECO cartridge group different than he treated**

**TAB D**

1                    **Convertito-Cifatte**

2        A.        No.   Just Georgiana, Dawn, and

3    myself.

4        **Q.        What is your best and fullest**

5    **recollection of what was said during the course**

6    **of that meeting?**

7        A.        She asked me what happened and I

8    explained to her what happened, that

9    approximately 10:30 a.m. on the 30th I was at

10   Debra Cosentino's cubicle handing her over a file

11   and Mr. Simpson came in swiftly, and was going to

12   talk to Debbie about something, and I went to

13   walk away and he said, oh, Kim, could you look up

14   a price on this.  And I said, okay.

15              And I started walking back and I

16   said, oh, my computer's still down.  It had been

17   down for three weeks.  And he went into this

18   outrageous rage, punching the file cabinet

19   saying, Kim, I'm so goddamn sick of you and your

20   goddamn computer.  If I could shit you out a

21   computer, I would.  Do you hear me, if I could

22   shit out a computer, I would.  I'm so goddamn

23   sick about you and that goddamn computer.

24              I went to my cubicle, I started

25   crying, I was so embarrassed and humiliated.  And

```
 1                    Convertito-Cifatte

 2   Ms. Coleman or Ms. Stevens after you spoke to

 3   them?

 4        A.    I don't know.

 5        Q.    Do you know whether Mr. Simpson was

 6   spoken to by human resources?

 7        A.    I don't know.

 8        Q.    Do you know whether Mr. Simpson was

 9   disciplined at all?

10        A.    Yes.  I know he was.

11        Q.    How do you know he was disciplined?

12        A.    My attorney told me.

13              MR. PEIKES:  Read that back to me.

14              (Record read.)

15        Q.    Was that something you learned of at

16   the time?

17        A.    Just recently.

18        Q.    Did Mr. Simpson ever apologize about

19   the incident?

20        A.    Yes.

21        Q.    When did that take place?

22        A.    There was a meeting that human

23   resources attended and he made a private apology

24   to me and a public apology to the other girls for

25   his actions.
```

1                    Convertito-Cifatte

2              MR. PEIKES:  Take five minutes or

3        something like that.

4              (Recess taken.)

5    BY MR. PEIKES:

6        Q.     **Aside from the meeting you had with**

7    **Ms. Stevens and Ms. Coleman during the first week**

8    **of September where Mr. Simpson offered an**

9    **apology, did you have any other meetings with a**

10   **representative of the human resources department**

11   **during the period of time you were in the ECO**

12   **group?**

13       A.     I don't think so.  Not in human

14   resources Trumbull.

15       Q.     **Did you have any contact with the**

16   **human resources representative from Pitney Bowes**

17   **who was not located in Trumbull?**

18       A.     I didn't.  One of the other girls

19   did.

20       Q.     **Do you know who that was?**

21       A.     That was Pat Buonincontra.

22       Q.     **How did you come to learn that Pat**

23   **Buonincontra had contacted somebody in human**

24   **resources outside Trumbull?**

25       A.     She told me.

1                   Convertito-Cifatte

2        A.      Not that I can recall today.

3        Q.      **Are there any other occasions when**

4  **Mr. Simpson used obscenities that you haven't**

5  **already testified about?**

6        A.      Just what I testified today.

7        Q.      **Are there any occasions when**

8  **Mr. Simpson hit things with his fist that you**

9  **haven't already testified about?**

10       A.      Just what I testified today.

11       Q.      **Are there any occasions when**

12  **Mr. Simpson pounded on tables that you haven't**

13  **already testified about?**

14       A.      No.

15       Q.      **When you refer to sarcastic remarks**

16  **in paragraph 17, what in particular are you**

17  **pointing to?**

18       A.      Women were made to stay home and

19  take care of their children and cook for their

20  husbands.

21       Q.      **And when was that remark made?**

22       A.      It was made at a luncheon at

23  Stella's Restaurant.  I do not recall the year,

24  possibly early spring of 2000.

25       Q.      **And who was present at this lunch?**

1                    Convertito-Cifatte

2        A.      Myself, Debbie Cosentino, Geri

3    Benton, Pat Buonincontra, Darryl Schneider.

4        Q.      And Mr. Simpson?

5        A.      And Mr. Simpson.

6        Q.      Was Mr. Simpson speaking to anyone

7    in particular when he made this sarcastic remark?

8        A.      I think he was talking to Darryl.

9        Q.      What was the context in which

10   Mr. Simpson made the sarcastic remark?

11       A.      I don't recall.

12       Q.      Did it appear to you as though he

13   was joking or being serious or it was not clear?

14       A.      I don't know.  He seemed pretty

15   serious.

16       Q.      Did anybody else at the table object

17   to Mr. Simpson's remark?

18       A.      I know we all thought it was a

19   little screwy when we got back to the office.

20       Q.      What was discussed back at the

21   office?

22       A.      Like that was a bigot remark.  Women

23   should be home with their kids cleaning the house

24   and cooking supper.

25       Q.      Is that the only time you ever heard

**TAB E**

1                          Donna Moore

2    mean reduced quotas?

3          A.      Correct, or something that would work

4    more toward the reps' benefit.

5          Q.      And Mr. Simpson was not receptive?

6          A.      No.

7          Q.      Are there any other occasions where

8    you observed him being manipulative during the first

9    three months that you were there, besides from the

10   issues with the points?

11         A.      I noticed that he was belittling to

12   the other women.  He would play games, even with

13   Mary his secretary.  He would sing out his office

14   "Oh, Donna, Donna, my Prima Donna," which would

15   really aggravate Mary and cause her -- she was angry

16   about the favoritism, as she looked at it as --

17         Q.      Favoritism directed toward whom?

18         A.      Me, I was getting more attention.

19         Q.      In what ways did you observe

20   Mr. Simpson being belittling during the first three

21   months you were there?

22         A.      He would talk down to the women, tell

23   them that they are just not, didn't have what it

24   took to be good sales reps; that they were

25   inadequate.  Especially, telling them that they were

1                            Donna Moore

2    give me credit for, and she thought it was very

3    unfair that I should get credit for it.  And so she

4    went up to Human Resources and told them that Gary

5    was going to give me credit for an account that she

6    didn't believe was, should have been mine.  And

7    that's one of the incidences that Human Resources

8    called me up, and they had asked me about the

9    account and what all took place.

10              The conversation about the inaccurate

11   database may have been involved in that

12   conversation.

13              But there was also another

14   conversation, another time I had to go up to Human

15   Resources.  And that was to do with the luncheon,

16   that I had taken the girls to lunch at Gary's

17   prompting so that we can so-call bond.  And that

18   also involved Mary, as well as the ECO reps.  And

19   they had asked me many questions, so it could have

20   been either one of those times.

21        Q.    **What was the account that was in**

22   **question when you were called up to Human Resources**

23   **on the first occasion that you just talked about?**

24        A.    It was an account that I knew the name

25   by American Identity.  But the previous name of the

1                          Donna Moore

2    called me up there was that Gary had told me if I

3    wanted credit for that account, to just wait until

4    Kim left that night; pull the Swingster account out

5    of the file draw; create a new account with the name

6    American Identity and get rid of the Swingster

7    account; that she would never know.  And that came

8    out when I went up to Human Resources.

9           Q.      **What did you say when Mr. Simpson**

10   **directed you to pull the file after Ms. Cifatte left**

11   **for the evening?**

12          A.      I was surprised, but I did it upon his

13   direction.

14          Q.      **So you did, in fact, pull the file --**

15          A.      Yes.

16          Q.      **-- after Ms. Cifatte left the office?**

17          A.      Yes.

18          Q.      **Did you put the new company name on**

19   **the file?**

20          A.      Not in the same file.  He wanted me to

21   create a new file and just toss the old one.

22          Q.      **So what took place during this**

23   **discussion with Human Resources?**

24          A.      Dawn Stevens was there for that, and I

25   believe Georgiana Coleman may have been in the room

1                          Donna Moore

2    at the same time.  And she asked me if that was

3    true, if Mary's accounts of what happened were true.

4    She asked me if I did pull that file at Gary's

5    direction.  I said "Yes, I did."

6                    She said "Do you think that was a very

7    ethical thing to do?"

8                    And I said "No, I don't, but I did

9    what my boss told me to do."

10         Q.     Is there anything else that you recall

11    about that conversation?

12         A.     I remember Human Resources was

13    appalled that Gary would tell me to do something

14    like that.  At one point I know Dawn Stevens said

15    that she always figured something was fishy about

16    Gary; that there's been way too many complaints

17    about him, not just from us girls, but from previous

18    people.

19         Q.     Did she elaborate at all about those

20    other complaints?

21         A.     No, she's not allowed to.

22         Q.     Is there anything else that you recall

23    about that meeting with Dawn Stevens?

24         A.     She asked me at that point how I felt

25    about my job.  And I remember breaking down into

1                    Donna Moore

2    tears and said I was extremely unhappy; that there

3    was a lot of unethical and immoral things that were

4    going on that needed to be addressed and had not

5    been.

6          Q.      Did you proceed to explain what those

7    unethical and immoral actions were?

8          A.      Yes, I did.

9          Q.      What did you tell Ms. Stevens?

10         A.      I told her about Gary's playing with

11   the account numbers, the commissions, telling people

12   that yes, they would get commission, and then when

13   it came down time for it, that he would say, "No, I

14   never said that," causing the person to not get,

15   reach their quota.  They would be just a couple of

16   numbers behind what they needed.

17                 I told her that the database that we

18   had to work with was not adequate.  It was

19   insufficient, and that these people were not getting

20   a fair shot at reaching quota.  That there were a

21   lot of problems.  That Mr. Simpson had called Geri

22   Benton and accused her of having Alzheimer's in

23   front of everyone.  He was belittling to people.  He

24   tried to make them doubt themselves.  I went on and

25   on with the different things that had happened in

Page 133

1                    Donna Moore

2    just my time that I had been there.

3        Q.      **Do you recall anything else in**

4    **particular that you spoke to Ms. Stevens about,**

5    **other than what you already testified to?**

6        A.      I can't remember if this particular

7    incident had happened at that time or afterward.  I

8    had gone to HR and mentioned this because they had

9    asked me to write everything up and I did.  But at

10   one point, I was in Gary's office to show him an

11   account.  And he thought it sounded familiar, like

12   it could have been one of his accounts.  And I was

13   standing facing his desk.  And he jumped up to look

14   at the file draws.  And he rubbed his behind up

15   against mine and just left it there, and I was very

16   uncomfortable.  He never moved.  So I quickly

17   scooted over to the side.  He never said excuse me,

18   nothing.  It was a frequent practice of his during

19   the summertime when we would wear shortsleeved

20   shirts for him to cozy up next to us while he's

21   reading an account, rub his arm next to ours, just

22   to intimidate us.

23       Q.      **These are things that you reported to**

24   **Human Resources?**

25       A.      Yes, I did.

1                    Donna Moore

2          Q.      **What response did you get, if any?**

3          A.      Dawn Stevens said "I can't believe

4    this.  I always thought there was something up.

5    There has been way too many complaints about this.

6    This is really, really big.  This is out of my

7    hands.  This is over my head.  I'm going to have to

8    go to the top on this.  Don't worry.  You'll be

9    taken care of.  You have nothing to fear.  We will

10   take care of you."

11         Q.      **Do you recall anything else she said?**

12         A.      Not at this moment.

13         Q.      **Did she tell you what she meant by**

14   **going to the top?**

15         A.      Upper management.

16         Q.      **Did she specify any individual that**

17   **she was going to discuss this with?**

18         A.      The very next day, she called me from

19   her car phone.  And she told me that she and Jeanine

20   McManus were going to have a meeting with Dennis

21   Roney to discuss the situation.  That something

22   would be done about Gary Simpson.  This was

23   intolerable.  This company does not accept

24   harassment and retaliation, intimidation.  These are

25   not acceptable things as said by the handbook.  She

1                        Donna Moore

2    sent me something in writing stating such.  And that

3    was our conversation.

4          Q.    **Did you retain a copy of that**

5    **document?**

6          A.    I believe so.

7          Q.    **Did you turn it over to Mr. Barnes?**

8          A.    Yes.

9          Q.    **You mentioned earlier that you had put**

10   **together some sort of writing out?**

11         A.    Yes.

12         Q.    **Did you retain a copy of that?**

13         A.    Pitney Bowes has a copy of that.

14         Q.    **Did you retain your own copy?**

15         A.    I do have a copy.

16         Q.    **Did you provide that to Mr. Barnes?**

17         A.    He has that.

18         Q.    **When was your next communication, if**

19   **there was one, with Human Resources?**

20         A.    Well, I know that they met.  Actually,

21   when Dawn Stevens called me from her car phone, she

22   said that there was a meeting to be planned with

23   Jeanine, Dennis Roney, who was the president at the

24   time and herself.  And they were going to have Gary

25   Simpson come up for that meeting and discuss what

Page 136

```
 1                    Donna Moore
 2    was going on.
 3              Right before that meeting, Gary had
 4    called me in and was asking me some questions about
 5    the program.  And I told him that again, "It just
 6    seems like the pond is so fished out.  This is very,
 7    very difficult for me to coach these people and get
 8    them enthused about a program that is fished out.  I
 9    mean, there was almost very little for them to be
10    able to get accounts on."
11              And he said "Whoa, whoa, whoa, whoa.
12    What do you mean?"  He goes, "Why don't you shut the
13    door for a minute."  So I shut the door and sat
14    down.  And he said "What's going on?  Are you not
15    happy?"
16              And I said "No, I'm not happy, at
17    all."
18              And he said "Well, let's talk about
19    it."
20              And I said "I'm not comfortable
21    talking about it with you.  I understand there is a
22    meeting at 4:00 with Dennis Roney and HR and they
23    will explain things to you then."
24              So I went back into my office.  And
25    Dawn Stevens came down, I think it was 20 to 4,
```

1                          Donna Moore

2    around that time, and she was upset with me that I

3    had tipped Gary off about the meeting that was

4    coming up, because she felt it gave him time to get

5    his thoughts in line.  And she said "I have been

6    trying to nail this guy for at least a year and now

7    you blew it by telling him that."

8          Q.      **You recall anything else that you**

9    **discussed with Ms. Stevens on that particular**

10   **occasion?**

11         A.      Not on that particular day.

12         Q.      **What if any response did Mr. Simpson**

13   **have when you told him there was going to be a**

14   **meeting at 4:00 with Human Resources and Mr. Roney?**

15         A.      He was taken aback.  He said "Oh,

16   really?"

17         Q.      **Did he get angry at you during the**

18   **course of that meeting?**

19         A.      No.

20         Q.      **Did the meeting come to a close after**

21   **you informed Mr. Simpson about the 4:00 gathering**

22   **that he was supposed to be at?**

23                 MR. BARNES:  Objection to form.

24         A.      He just said "Oh, okay."  And I got up

25   and left.

1                       Donna Moore

2    in the past and move forward, those kinds of things.

3    I told her it was way too late for that.

4         Q.    **Was Mr. Simpson present at that time?**

5         A.    I don't know if he was in the room at

6    that time.

7         Q.    **Okay.  So then you don't know what, if**

8    **any, reaction he had to Ms. McManus' suggestion that**

9    **you two mend your relationship?**

10         A.    Well, she may have talked to him

11    separately.  I don't know.

12         Q.    **Is there anything else that you recall**

13    **about that meeting that you haven't already**

14    **described?**

15         A.    Not right now.

16         Q.    **Are there any other occasions where**

17    **you had meetings or any meeting with Human**

18    **Resources?**

19         A.    I do remember having a meeting.  This

20    was earlier on, before I realized what the sales

21    reps were having to deal with.  And Gary and I had

22    gone up to Georgiana Coleman's office in Human

23    Resources.  And Gary even said to her, "These women

24    are like a cancer.  They're just poison."  And I

25    remember being really surprised that he would say

```
 1                    Donna Moore

 2              And at that time, Gary encouraged me

 3    to write a memo to that effect.  And he -- I drafted

 4    something and Gary reviewed it, made edits.  And

 5    then I signed it and we gave it to the girls.

 6         Q.     Are there any other occasions that you

 7    recall going up to Human Resources during the course

 8    of your employment with Pitney Bowes?

 9         A.     Oh, yeah.

10         Q.     What other occasions do you recall?

11         A.     Another time they called me up because

12    they wanted to -- oh, I do now remember what I was

13    talking about to Jeanine McManus.  Can we go back to

14    that?

15         Q.     Sure.

16         A.     Is that there was no policy ever drawn

17    up on the rules of the ECO cartridge program.  And I

18    said "How can we judge whether someone makes quota

19    or not when it's on the whim of a person's" -- it

20    actually seemed to be more his mood that day rather

21    than whether he was going to give the person the

22    quota point.  There was no policies, procedure or

23    anything for them to fall back on in reference in

24    writing.  It was very ambiguous, a lot of gray

25    areas.  And again, it seemed to be what mood he was
```

1                    **Donna Moore**

2        A.    Yes, I did.

3        Q.    **What contributions did you make?**

4        A.    Like I said before, when I was very

5    new, and within those first three months of working

6    side by side with Gary, I was parroting a lot of

7    what Gary was saying, sticking by his side and

8    disregarding what the girls, the women in the room

9    were saying and parroting what he said.

10       Q.    **So were you critical of their**

11   **performance?**

12       A.    I said that they complained a lot,

13   rolled their eyes, a lot of heavy sighs, things

14   along that nature.

15       Q.    **Did they, in fact, do those things?**

16       A.    Yes.

17       Q.    **Did you also offer criticism of their**

18   **performance in terms of sales against quota?**

19       A.    Well, I was still trying to get a

20   handle on understanding the system.  And I don't

21   think I had a very good understanding of it until I

22   actually got in there and started doing it myself

23   and realized what they were up against.

24       Q.    **Prior to coming to that realization,**

25   **did you offer any criticism of the ECO sales reps'**

1                          Donna Moore

2          A.      I told him the things I had been

3    hearing.

4          Q.      **What did you tell him?**

5          A.      I told him that the women had said

6    that he had come to work appearing as if he had been

7    drinking.  That he blew up at Kim Cifatte, went on a

8    rampage, was cursing at her, using the F word more

9    than one time, banging on cabinets to a point where

10   people down the hall came out of their offices to

11   find out what was going on.  That's unacceptable.

12         Q.      **What else did you tell Gary you had**

13   **heard?**

14         A.      About the demotion, was that true.  He

15   said "Well, I think a director's a pretty good

16   title, don't you?"  I didn't question it further.

17   It was obvious he didn't want to get into it.  I

18   felt also I had to be careful what I said, being

19   very new.  I didn't want to end up being terminated.

20         Q.      **Did Mr. Simpson threaten you with**

21   **termination?**

22         A.      Pardon me?

23         Q.      **Did Mr. Simpson threaten you with**

24   **termination?**

25         A.      I believe it is somewhat of a threat

1                          Donna Moore

2     when you tell someone you got one leg on each side

3     of the fence and it's a very uncomfortable place to

4     be.  That whole spiel to me meant two different

5     things:  One, it had a very sexual connotation.  The

6     other was, you do it my way or you're out of here.

7          Q.     **That was later, though; is that right?**

8          A.     Yes, it is.

9          Q.     **Okay.  Focusing back on this meeting**

10    **with Mr. Simpson where you were telling him what you**

11    **had been told, did he ever threaten to terminate you**

12    **during that meeting?**

13         A.     He didn't use the words "I'm going to

14    terminate you."

15         Q.     **What words did he use that lead you to**

16    **conclude that perhaps that's what he was thinking?**

17         A.     He didn't use any words saying he was

18    going to terminate me.

19         Q.     **Did you walk out of that meeting**

20    **thinking you were going to be fired?**

21         A.     If I didn't follow along his way, I

22    thought my job would be in jeopardy; that he would

23    retaliate against me the same as he did with the

24    other women.

25         Q.     **What, if anything, else did you tell**