UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBRA COSENTINO, et al.,  : MASTER CAPTION

Plaintiff, : CASE NO. 301CV2129 (AVC)

INC., and IMAGISTICS
\L, INC., : AUGUST 4, 2003

Defendants. :

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

its Pitney Bowes Inc. ("PB") and Imagistics International Inc. ("Imagistics") efendants"), by and through undersigned counsel of record, hereby move R. Civ. P. 56 for an Order granting summary judgment in defendants' favor and iffs' complaint in its entirety, with prejudice. In support of this Motion, and in D. Conn. L. Civ. R. 7(a)1 and 56(a)1, respectively, defendant submits the lemorandum of Law and Local Rule 56(a)1 Statement. Additionally, defendant davit of Lawrence Peikes, authenticating the deposition transcript excerpts and defendants' Memorandum of Law, as well as the Affidavits of Gary Simpson 1s.

on was brought by five former employees of PB's office systems division of whom worked in the ECO Cartridge Group reporting to Gary Simpson. lief for alleged gender-based discrimination under Title VII of the Civil Rights itle VII"), 42 U.S.C. §§ 2000e, et seq., and the Connecticut Fair Employment

IENT REQUESTED

[Handwritten stamp, sideways:]
3:01cv 2129 (AVC). March 25, 2004. Having reviewed the submissions of counsel, the court concludes that the plaintiffs have raised a genuine issue of material fact. The motion for summary judgment is therefore DENIED.

SO ORDERED.

Alfred V. Covello, U.S.D.J.