FILED

2004 APR 29 A 11: 18

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEBRA COSENTINO, ET AL,              :    301CV2129 (AVC)

    *Plaintiffs*,                     :

v.                                   :

                                          CONSOLIDATED CASES
PITNEY BOWES, INC. and               :
IMAGISTICS INTERNATIONAL, INC.,
                                     :

    *Defendants*.

                                     :    April 28, 2004

### CONSENT MOTION FOR EXTENSION OF TIME

    Plaintiffs move pursuant to Local Civ. R. 9(b) (2) to extend of time to file a Pretrial Memo, until May 28, 2004, and represent:

    1.   These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

    2.   Counsel for Defendants was contacted on April 28, 2004, and consents to the extension.

    3.   Neither side is ready to file the Pretrial Memo.

4.   This is the first extension sought to prepare the Pretrial Memo.

WHEREFORE, for all of the accompanying reasons, and those set forth in the accompanying affidavit, Plaintiffs respectfully moves on consent for an order granting until May 28, 2004 to file the Pretrial Memo.

        THE PLAINTIFFS
        DEBRA COSENTINO, ET AL

By: *WBarnes*
    WILLIAM B. BARNES, ESQ.
       (CT00268)
    Rosenstein & Barnes
    P.O. Box 687
    1100 Kings Hwy. East,
    Fairfield, CT 06824
    (203) 367-7922
    E-Mail wbarnes@rosenbar.com

## CERTIFICATION

A copy of the foregoing was faxed and mailed to the following persons on April 28, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

*WBarnes*
WILLIAM B. BARNES, ESQ.

2