FILED

2004 APR 29 A 11: 18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| PITNEY BOWES, INC. and | : | CONSOLIDATED CASES |
| IMAGISTICS INTERNATIONAL, INC., | : | |
| *Defendants*. | : | |
| | : | April 28, 2004 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend of time to file a Pretrial Memo, until May 28, 2004, and represent:

1. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

2. Counsel for Defendants was contacted on April 28, 2004, and consents to the extension.

3. Neither side is ready to file the Pretrial Memo.

GRANTED.

Alfred V. Covello, U.S.D.J.

May 12, 2004.
SO ORDERED.