UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | X | MASTER CAPTION |
| DEBRA COSENTINO, et al., | : | |
| | : | CASE NO. 3:01CV2129 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC, and IMAGISTICS | : | |
| INTERNATIONAL, INC., | : | MAY 28, 2004 |
| | : | |
| Defendants. | : | |
| | X | |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Pre-Trial Order entered by the Court on March 29, 2004, defendants Pitney Bowes Inc. and Imagistics International Inc. respectfully request that the following proposed voir dire questions be submitted to the jury panel in connection with the trial of the above-captioned case.

1) Describe your educational background starting with high school.

2) What is your current occupation? By whom are you employed? How long have you been employed in your current capacity? How long have you been employed by your current employer?

3) Do you have any responsibility for supervising or managing other employees? If so, how many employees do you manage or supervise? If not, have you ever had supervisory or managerial responsibilities? Please describe your management experience. Have you ever had to discipline or discharge an employee, or been actively involved in such a decision? If so, please describe the circumstances.

4)   Have you received any legal education, such as a law degree, paralegal training or undergraduate coursework on the law? If so, please describe.

5)   Do you have any experience working in the area of human resources or employee relations? If so, please describe your experience in this regard.

6)   Have you or a member of your immediate family ever been a party to a civil lawsuit? If so, were you or your family member a plaintiff or a defendant? How did the case turn out?

7)   Have you or a member of your immediate family ever been otherwise involved in a lawsuit, such as by serving as a witness or a juror? If so, please describe the circumstances.

8)   Have you or a member of your immediate family ever been fired or laid off from a job? If so, what were the circumstances? Do you believe that the termination was unlawful or improper in some way? If so, please explain. How long was this person(s) out of work?

9)   Have you or any member of your immediate family ever filed a formal complaint, lawsuit, charge or grievance against an employer? If so, please describe the nature of the complaint and the result.

10)   Have you ever otherwise been involved in a legal dispute with an employer, either as a witness or a party? If so, please describe the circumstances.

11)   Are you or any member of your immediate family in a union? If so, do you or your family member hold any union office? If not, have you or your family member ever held any union office? If so, when, what union, what position(s)?

12)   All else being equal, would you tend to favor the testimony of a person of one gender over that of another?

13)   Do you believe companies tend to treat their employees unfairly?

14) Do you believe that you or any member of your immediate family has been the victim of discrimination or harassment by an employer? If so, please describe the circumstances.

15) Have you or any member of your immediate family ever had any particularly bad experiences with an employer? If so, please describe the circumstances.

16) Does your employer have a policy prohibiting sexual harassment? If so, have you or any of your colleagues ever instituted a complaint alleging a violation of that policy. Please describe the circumstances and the manner in which the company handled the complaint.

17) Do you believe that a dispute between a manager and subordinate of opposite genders ordinarily has some sexual component?

18) Do you believe that male managers tend to treat male subordinates better than female subordinates?

19) If you conclude after hearing all the evidence that plaintiffs have not proven their case, and therefore are not entitled to damages, would you be inclined to award them money anyway on the theory that the company can afford it?

20) Would you instinctively believe the testimony of an employee over the testimony of an employer?

21) Have you or any member of your immediate family ever been accused of harassing or discriminating against an employee? If so, please describe the circumstances.

22) Have you or any member of your immediate family ever participated, at work, in an internal investigation of an employee's discrimination or harassment complaint? If so, please describe the nature of the investigation and you or your family member's role.

23) If you conclude after hearing all the evidence that Mr. Simpson did not treat plaintiffs fairly, or acted in a manner unbecoming of a manager, would you find for plaintiffs and

3

award them damages for sex discrimination even if you also conclude that Mr. Simpson's alleged mistreatment of plaintiffs had nothing to do with their gender?

> Respectfully submitted,
>
> THE DEFENDANTS,
> PITNEY BOWES INC. and
> IMAGISTICS INTERNATIONAL INC.
>
> _____
> Lawrence Peikes (ct 07913)
> lpeikes@wiggin.com
> Wiggin and Dana LLP
> Their Attorneys
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT 06911-0325
> (203) 363-7600
> (203) 363-7676 (fax)

4

## CERTIFICATE OF SERVICE

This is to certify that on May 28, 2004, I caused a copy of the foregoing Defendants' Proposed Voir Dire questions to be served by first-class U.S. mail, postage pre-paid, on:

> William B. Barnes, Esq.
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> Fairfield, CT 06432

_____
Lawrence Peikes

\15058\410\85871.1