FILED

2004 JUN -4 A 7 40

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEBRA COSENTINO, ET AL,           :   301CV2129 (AVC)

    *Plaintiffs*,                  :

v.                                :

PITNEY BOWES, INC. and            :   CONSOLIDATED CASES
IMAGISTICS INTERNATIONAL, INC.,
                                  :
    *Defendants*.

                                  :   June 3, 2004

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time to file a Pretrial Memo until July 6, 2004, and represent:

1. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

2. Counsel for Defendants was contacted on June 3, 2004, and consents to the extension.

3. There are an enormous amount of documents to be

reviewed.

4. There are over 6,000 pages of deposition transcripts to be reviewed.

5. Counsel for the plaintiffs has an extremely busy calendar for the next thirty days.

6. This is the second extension sought to prepare the Pretrial Memo.

WHEREFORE, for all of the accompanying reasons, Plaintiffs respectfully moves on consent for an order granting until July 6, 2004 to file the Pretrial Memo.

                                        THE PLAINTIFFS
                                        DEBRA COSENTINO, ET AL

By: _____
      WILLIAM B. BARNES, ESQ.
          (CT00268)
      Rosenstein & Barnes
      P.O. Box 687
      1100 Kings Hwy. East,
      Fairfield, CT 06824
      (203) 367-7922
      E-Mail wbarnes@rosenbar.com