FILED

2004 JUN -4 A 7:40

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | CONSOLIDATED CASES |
| Defendants. | : | |
| | : | June 3, 2004 |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time to file a Pretrial Memo until July 6, 2004, and represent:

1. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

2. Counsel for Defendants was contacted on June 3, 2004, and consents to the extension.

3. There are an enormous amount of documents to be

GRANTED.
Alfred V. Covello, U.S.D.J.
June 14, 2004.
SO ORDERED.