UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, et al., | X : : | MASTER CAPTION |
| Plaintiff, | : : : | CASE NO. 3:01CV2129 (AVC) |
| v. | : : : | |
| PITNEY BOWES INC., and IMAGISTICS INTERNATIONAL INC., | : : : | JULY 12, 2004 |
| Defendants. | : X | |

**DEFENDANTS' MOTION FOR SANCTIONS
PURSUANT TO FED. R. CIV. P. 16(f)**

Defendants Pitney Bowes Inc. ("PB") and Imagistics International Inc. ("Imagistics") (collectively "defendants") respectfully move for an Order imposing sanctions on plaintiffs Debra Cosentino, Geraldine Benton, Patricia Buonincontra, Kim Cifatte, and Donna Moore (collectively "plaintiffs") and/or their counsel of record pursuant to Fed. R. Civ. P. 16(f), and in support thereof state as follows:

On March 29, 2004, the Court entered a Pretrial Order directing the parties to file a joint trial memorandum by April 28, 2004. By Order dated May 12, 2004, the Court granted plaintiffs' motion for an extension of time and set May 28, 2004 as the new deadline for filing the joint trial memorandum. Plaintiffs thereafter sought, and procured, a second extension of time to file the joint trial memorandum until July 6, 2004. Although defendants' counsel has provided plaintiffs' counsel with a draft joint trial memorandum and proposed stipulations of fact and law, plaintiffs have never commented on the drafts or otherwise participated in the process of preparing the pleadings required by the Court, thereby violating the Court's Pretrial Order.

**ORAL ARGUMENT REQUESTED**

For these reasons, as more fully articulated in the accompanying memorandum of law and supporting affidavit of counsel, sanctions should be imposed on plaintiffs and/or their counsel of record pursuant to Fed. R. Civ. P. 16(f) in the form of an Order (i) dismissing plaintiffs' complaints, with prejudice, or, as a less desired alternative, precluding plaintiffs from calling any witnesses other than themselves to testify at trial and barring plaintiffs from introducing any exhibits not identified as such by defendants, and (ii) directing plaintiffs to reimburse defendants for reasonable attorneys' fees and costs incurred as a consequence of plaintiffs' noncompliance with the Pretrial Order.

Respectfully submitted,

DEFENDANTS,
PITNEY BOWES INC. and IMAGISTICS
INTERNATIONAL INC.

By: _____
    Lawrence Peikes (ct07913)
    Wiggin and Dana LLP
    Its Attorneys
    400 Atlantic Street
    P.O. Box 110325
    Stamford, CT  06911-0325
    (203) 363-7600
    (203) 363-7676 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that on July 12, 2004, I caused a copy of the Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 16(f) to be served by first-class U.S. mail, postage pre-paid, on:

> William B. Barnes, Esq.
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> Fairfield, CT  06432

_____
Lawrence Peikes

\15058\410\89555.1