4

## Peikes, Lawrence

**From:** Peikes, Lawrence
**Sent:** Friday, May 28, 2004 12:30 PM
**To:** 'William Barnes'
**Subject:** RE: Cosentino, et al. v. PB

Bill: I have no problem with the request for an additional 30 days, however, given the last minute nature the motion, I will probably go ahead and file our proposed jury instructions and voir dire questions.

Lawrence Peikes
Wiggin and Dana
400 Atlantic Street
Stamford, CT 06901-3234
203-363-7609 (direct)
203-363-7676 (fax)
lpeikes@wiggin.com

>   -----Original Message-----
>   **From:** William Barnes [mailto:skrwbb@worldnet.att.net]
>   **Sent:** Friday, May 28, 2004 12:12 PM
>   **To:** Peikes, Lawrence
>   **Subject:** Re: Cosentino, et al. v. PB
>
>   Larry -
>
>   I was in Hartford yesterday at a deposition and out of the office from 8:00 AM until 7:30 PM. I did not see your e-mail. I was at a hearing in New Britain today. I will need some more time - do you consent to another 30 day extension? I will draft the motion.
>
>   Best,
>
>   William B. Barnes, Esq.
>   Attorney at Law
>   Rosenstein & Barnes
>   1100 Kings Highway East
>   P.O. Box 687
>   Fairfield, CT 06824 USA
>   Tel (203) 367-7922
>   Fax (203)367-8110
>   Web site rosenbar.com
>
>   >   ----- Original Message -----
>   >   **From:** Peikes, Lawrence
>   >   **To:** wbarnes@rosenbar.com
>   >   **Sent:** Thursday, May 27, 2004 4:10 PM
>   >   **Subject:** Cosentino, et al. v. PB
>   >
>   >   Bill: Attached is a draft joint pre-trial memorandum along with a proposed stipulation of law facts. Please provide plaintiffs' list of witnesses and exhibits for insertion into the pleading. please review the proposed stipulations and let me know if they are acceptable. As you know, supposed to get this filed tomorrow. Any chance of meeting that deadline?

7/8/2004