UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | July 16, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiffs move pursuant to Local Civ. R. 9(b) (2) to extend the time to file a Pretrial Memo until August 9, 2004, and represent:

1.   These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years.  The facts are complex and hotly contested.

2.   Counsel for Defendants was contacted on July 16, 2004. They have not responded and so there is no way to tell Defendants' position on the extension.

3.    There are an enormous amount of documents to be reviewed.

4.    There are over 6,000 pages of deposition transcripts to be reviewed.

5.    Counsel for the plaintiffs has an extremely busy calendar for the next twenty three days.

6.    This is the third extension sought to prepare the Pretrial Memo.

WHEREFORE, for all of the accompanying reasons, Plaintiffs respectfully moves for an order granting until August 9, 2004 to file the Pretrial Memo.

                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL


                         By:_____
                              WILLIAM B. BARNES, ESQ.
                                  (CT00268)
                              Rosenstein & Barnes
                              P.O. Box 687
                              1100 Kings Hwy. East,
                              Fairfield, CT 06824
                              (203) 367-7922
                              E-Mail wbarnes@rosenbar.com

**<u>CERTIFICATION</u>**

     A copy of the foregoing was faxed and mailed to the following persons on July 16, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                                  _____
                                    WILLIAM B. BARNES, ESQ.