FILED

2004 JUL 20 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBRA COSENTINO, ET AL,                    :    301CV2129 (AVC)

    *Plaintiffs*,                                  :

v.                                          :

                                                 CONSOLIDATED CASES
PITNEY BOWES, INC. and                      :
IMAGISTICS INTERNATIONAL, INC.,

    *Defendants*.                                 :

                                            :    July 16, 2004

### MOTION FOR EXTENSION OF TIME

    Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time to file a Pretrial Memo until August 9, 2004, and represent:

    1.   These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years.  The facts are complex and hotly contested.

    2.   Counsel for Defendants was contacted on July 16, 2004. They have not responded and so there is no way to tell Defendants' position on the extension.

*[Margin annotations: "July 23, 2004. SO ORDERED. GRANTED Alfred V. Covello, U.S.D.J." and filing stamp "FILED 2004 JUL 27 P 1:39 U.S. DISTRICT COURT HARTFORD, CT."]*

01CV2129end70