# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2004 AUG -2 A 11: 25
U.S. DISTRICT COURT
HARTFORD, CT.

Debra Cosentino, et al.

v.                                    CASE NUMBER: 301CV2129(AVC)

Pitney Bowes, Inc. et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   The Plaintiffs

| | |
|---|---|
| 7/29/04 | _(signature)_ |
| **Date** | **Signature** |
| ct07091 | Sheila K. Rosenstein |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-367-7922 | 1100 Kings Highway East |
| **Telephone Number** | **Address** |
| 203-367-8110 | Fairfield CT 06824 |
| **Fax Number** | |
| srosenstein@rosenbar.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lawrence Peikes, Esq.
Wiggin & Dana
400 Atlantic St.
P.O. Box 110325
Stamford CT 06911-0325

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24