UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | July 29, 2004 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time to file a Pretrial Memo until September 29, 2004, and represent:

1. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different Plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

2. Counsel for Defendants was contacted on July 29, 2004. They consent without abandoning their pending motion.

    3.    Counsel for the Plaintiffs has been hospitalized.

    4.    There are an enormous amount of documents to be reviewed.

    5.    There are over 6,000 pages of deposition transcripts to be reviewed.

    6.    This is the fourth extension sought to prepare the Pretrial Memo.

WHEREFORE, for all of the accompanying reasons, Plaintiffs respectfully moves for an order granting until September 29, 2004 to file the Pretrial Memo.

```
                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL



                         By:_____
                            SHEILA K. ROSENSTEIN, ESQ.
                                (CT07091)
                            Rosenstein & Barnes
                            P.O. Box 687
                            1100 Kings Hwy. East,
                            Fairfield, CT 06824
                            (203) 367-7922
                            EMail srosenstein@rosenbar.com
```

## **CERTIFICATION**

    A copy of the foregoing was faxed and mailed to the following persons on July 29, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                                        _____
                                        SHEILA K. ROSENSTEIN, ESQ