FILED

2004 AUG -2 A II: 25

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | : | |
| Defendants. | : | |
| | : | July 29, 2004 |

### CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs move pursuant to Local Civ. R. 9(b)(2) to extend the time to file a Pretrial Memo until September 29, 2004, and represent:

1. These consolidated five plaintiff, two defendant Title VII actions are based upon several theories of discrimination and retaliation and arise out of many different incidents, involving different plaintiffs and employees of Defendants, which took place over several years. The facts are complex and hotly contested.

2. Counsel for Defendants was contacted on July 29, 2004. They consent without abandoning their pending motion.

August 5, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.