UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
|    *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
|    *Defendants*. | | |
| | : | December ___, 2004 |

**MOTION TO REFER TO A MAGISTRATE-JUDGE**
**FOR A SETTLEMENT CONFERENCE**

Plaintiffs respectfully asks that this matter be referred to a Magistrate-Judge for a settlement conference.

```
                                THE PLAINTIFFS
                                DEBRA COSENTINO, ET AL



                            By:_____
                                WILLIAM B. BARNES, ESQ.
                                    (CT00268)
                                Rosenstein & Barnes
                                P.O. Box 687
                                1100 Kings Hwy. East,
                                Fairfield, CT 06824
                                (203) 367-7922
                                EMail wbarnes@rosenbar.com
```

**<u>CERTIFICATION</u>**

     A copy of the foregoing was faxed and mailed to the following persons on December \_\_\_\_, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                                                    _____
                                                  WILLIAM B. BARNES, ESQ