UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO | : | DOCKET NO. 3:01CV2129 (avc) |
| v. | : | |
| PITNEY BOWES, INC. | : | DEC. ___ , 2004 |

**MOTION FOR LEAVE TO SERVE
WITNESS AND EXHIBIT LISTS
AFTER RULING ON MOTION TO
<u>CONSOLIDATE CASES FOR TRIAL</u>**

    Plaintiffs Debra Cosentino, et al, respectfully move for leave to serve their witness and exhibit lists after there has been a ruling on their motion to consolidate these cases for trial.  If the motion is granted there will be one exhibit list and one witness list.  If the motion is denied there will be five separate exhibit lists and five separate witness lists.

                                                  THE PLAINTIFF
                                                  DEBRA COSENTINO


                                            By:_____
                                               WILLIAM B. BARNES, ESQ.
                                                     (CT00268)
                                               Rosenstein & Barnes
                                               1100 Kings Hwy. East,
                                               Fairfield, CT 06432
                                               (203) 367-7922

**CERTIFICATION**

A copy of the foregoing was faxed and mailed to the following persons on Dec. \_\_\_\_ , 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_____
WILLIAM B. BARNES, ESQ.