```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF CONNECTICUT

DEBRA COSENTINO, ET AL,              :    301CV2129 (AVC)

     Plaintiffs,                     :

v.                                   :
                                          CONSOLIDATED CASES
PITNEY BOWES, INC. and               :
IMAGISTICS INTERNATIONAL, INC.,
                                     :
     Defendants.
                                     :    December ___, 2004
```

**PLAINTIFF'S EXHIBITS**

| Document | Author | Addressee | Date |
|---|---|---|---|
| Call Reporting memo | M. Liskiewicz | D. Moore | 12/13/01 |
| EPD Status w/note K Cifatte | G. Benton | D. Moore | 10/24/01 |
| 9/01 Carryover List of accts | G. Simpson | G. Benton | 09/25/01 |
| Early Retirement Memo | G. Benton | Donna Moore | 09/19/01 |
| Non-Exempt Perf Appraisal | D. Moore | G. Benton | 09/17/01 |
| Commission Status Memo | G. Benton | D. Stevens | 09/12/01 |
| Commission 4/01 memo | G. Benton | D. Stevens | 09/12/01 |
| Req to revisit 8/01 Comm stmt | G. Benton | D. Stevens | 09/12/01 |
| Commission Memo | D. Moore | G. Benton | 09/03/01 |
| Commissionable Accts | G. Simpson | G. Benton | 08/01 |
| EPD Status K. Cifatte | D. Moore | McManus & Stevens | 07/27/01 |
| Ltr re Gary Simpson | Anon | Doug Oakes | 06/01/01 |

| | | | |
|---|---|---|---|
| EPD Status Memo | D. Moore | K. Cifatte | 05/14/01 |
| EPD Status memo | D. Moore | K. Cifatte | 05/10/01 |
| EPD Status | D. Moore | K. Cifatte | 05/10/01 |
| Not Upon Departure | D. Moore | Benton & Cifatte | 05/01/01 |
| Not Upon Departure memo | D. Moore | Benton/Cifatte | 05/01/01 |
| Neg Attitude Memo | D. Moore | Benton & Cifatte | 05/01/01 |
| Letter | T. Hughes | K. Cifatte | 04/25/01 |
| Tfr Application | K. Cifatte | | 04/18/01 |
| Tfr Application | K. Cifatte | | 04/11/01 |
| PB Intranet Job Opps | | | 04/11/01 |
| CHRO Aff. Discriminatory Pract | K. Cifatte | | 04/11/01 |
| Discrimin. Pract. Transfer App | K. Cifatte | | 04/11/01 |
| Note | G. Benton | | 04/10/01 |
| CHRO Aff. Discriminatory Pract | G. Benton | | 04/10/01 |
| Conf Agreement Memo | D. Stevens | G. Benton | 04/06/01 |
| Conf Agreement Memo | D. Stevens | K. Cifatte | 04/06/01 |
| Empl Problem Discussion Form | D. Moore | K. Cifatte | 04/06/01 |
| Empl Problem Discussion | | | 04/06/01 |
| Internal Investigation | | | 04/06/01 |
| Conf Agmnt Memo | D. Stevens | K. Cifatte | 04/06/01 |
| Conf Agmnt Memo | D. Stevens | G. Benton | 04/06/01 |
| Progress Reports memo | D. Moore | K. Cifatte | 04/02/01 |
| Progress Reports memo | D. Moore | K. Cifatte | 03/26/01 |
| Conf Interview | G. Coleman | K. Cifatte | 03/21/01 |
| Conf Interview Ltr | G. Coleman | K. Cifatte | 03/21/01 |

| | | | |
|---|---|---|---|
| Poor Performance Memo | G. Simpson | K. Cifatte | 03/09/01 |
| Poor Performance memo | G. Simpson | K. Cifatte | 03/09/01 |
| Poor Performance memo | G. Simpson | K. Cifatte | 03/09/01 |
| 3 Point list memo w/note | G. Simpson | K. Cifatte | 03/09/01 |
| 3 Point List Memo | G. Simpson | K. Cifatte | 03/09/01 |
| Poor Performance Memo | G. Simpson | K. Cifatte | 03/09/01 |
| Tfr Application | K. Cifatte | J. McManus | 03/01/01 |
| Letter | A. Fay | K. Cifatte | 03/01/01 |
| App Sr. Collection Specialist | K. Cifatte | C. Calsetta | 03/01/01 |
| Threat of Loss of Jobs Memo | Cif, Benton, Buonac | G. Coleman | 02/20/01 |
| Non-Exempt Perf Appraisal | G. Simpson | K. Cifatte | 12/06/00 |
| Non-Exempt Perf Appraisal | G. Simpson | G. Benton | 10/09/00 |
| Breaks/Work Hours Memo | G. Simpson | G. Benton | 09/14/00 |
| Notes | Kennedy (unsigned) | | 09/12/00 |
| Notes | Kennedy signed | | 09/12/00 |
| Memo | G. Benton | G. Simpson | 09/10/00 |
| Conf Interview | D. Stevens | K. Cifatte | 09/01/00 |
| Daily Breaks Memo | G. Simpson | Eco Sales/Tech/Admin | 08/31/00 |
| Daily Breaks Memo | G. Simpson | Eco Sales/Tech/Admin | 08/31/00 |
| Performance Memo | G. Simpson | K. Cifatte | 06/08/00 |
| Performance Memo | G. Simpson | K. Cifatte | 06/08/00 |
| Performance Memo | G. Simpson | K. Cifatte | 06/05/00 |
| Performance Memo | G. Simpson | K. Cifatte | 06/05/00 |
| Commissions Memo | G. Simpson | Eco Sales Reps | 02/10/00 |

| | | | |
|---|---|---|---|
| G. Benton Compensation | | | 12/28/99 |
| Non-Exempt Perf Appraisal | G. Simpson | K. Cifatte | 10/19/99 |
| Non-Exempt Perf Appraisal Ltr | G. Simpson | K. Cifatte | 10/19/99 |
| Job Offer Ltr | G. Simpson | G. Benton | 08/10/99 |
| Non Discrimn Policy Harass | J. McManus | Misc Dept's | 01/04/99 |
| Letter | G. Simpson | K. Cifatte | 11/02/98 |
| Transfer Application | K. Cifatte | | 08/11/98 |
| Applied Bud System Notes | | | |
| Confid Interview-Memo | D. Stevens | G. Benton | |
| PB Business Practice | | | |
| Confid Interview | G. Coleman | G. Benton | |
| Aftermarket Sales Bonus Pgrm | | | |
| Lincoln Word List | | | |
| Letter | K. Cifatte | G. Simpson | |
| PB Empl Handbook | | | |
| Chart 1999 | | | |
| PBCC Job Opportunity | | K. Cifatte | |
| Non-Exempt Perf Appraisal | | K. Cifatte | |
| PB Ombudsperson | | | |
| May Closes | K. Cifatte | | |
| PB Handbook Addendum | | | |
| Plaintiffs' CCHRO/EEOC charges | | | |
| Plaintiffs' Releases of Jurisdiction | | | |
| Plaintiffs' Right to Sue Letters | | | |
| First pages of Plaintiffs' complaints | | | |

Swingster/American Identity file

Sample ECO Room file cover

Sample carryover list

Sheets summarizing G. Benton & P.

Buonincontra money damages

```
                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL



                         By:_____
                              WILLIAM B. BARNES, ESQ.
                                  (CT00268)
                              Rosenstein & Barnes
                              P.O. Box 687
                              1100 Kings Hwy. East,
                              Fairfield, CT 06824
                              (203) 367-7922
                              EMail wbarnes@rosenbar.com
```

**CERTIFICATION**

    A copy of the foregoing was faxed and mailed to the following persons on December \_\_\_\_, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                                                      _____
                                                      WILLIAM B. BARNES, ESQ