UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | December ___, 2004 |

## **PLAINTIFF'S WITNESSES**

Plaintiffs may call, either on direct or in rebuttal, the following persons: the Plaintiffs, the witnesses listed by Defendants, and in addition the following persons:

1. Tacquaisha Kennedy, 1817 Chopsey Hill Rd., Bridgeport, CT 06606. A former employee of Pitney Bowes, Ms. Kennedy witnessed the incident in the ECO Room on Aug. 30, 2000.

2. Nancy Nordstrom, Chicago, IL. Ms. Nordstrom has relevant experience with Mr. Simpson.

                    THE PLAINTIFFS
                    DEBRA COSENTINO, ET AL


By:_____
   WILLIAM B. BARNES, ESQ.
     (CT00268)
   Rosenstein & Barnes
   P.O. Box 687
   1100 Kings Hwy. East,
   Fairfield, CT 06824
   (203) 367-7922
   EMail wbarnes@rosenbar.com

## **CERTIFICATION**

     A copy of the foregoing was faxed and mailed to the following persons on December ____, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                              _____
                              WILLIAM B. BARNES, ESQ