UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | December ___, 2004 |

## MOTION FOR PANEL VOIR DIRE AND EXERCISE OF CHALLENGES

Plaintiffs respectfully move pursuant to D.Conn. Local Civ. R. 47(a) and the inherent power of this court for an order permitting them to directly and individually voir dire a panel of venirepersons and to likewise exercise their challenges to individuals on a panel basis.

                    THE PLAINTIFFS
                    DEBRA COSENTINO, ET AL


        By:_____
           WILLIAM B. BARNES, ESQ.
              (CT00268)
           Rosenstein & Barnes
           P.O. Box 687
           1100 Kings Hwy. East,
           Fairfield, CT 06824
           (203) 367-7922
           EMail wbarnes@rosenbar.com

**<u>CERTIFICATION</u>**

    A copy of the foregoing was faxed and mailed to the following persons on December ____, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                        _____
                        WILLIAM B. BARNES, ESQ