UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | DECEMBER ____ 2004 |

**PLAINTIFFS' PROPOSED
VOIR DIRE QUESTIONS**

Plaintiffs submit the following proposed voir dire questions pursuant to the pretrial order and D.Conn. Local R. 47(a).

1. Please tell us your educational background.

2. (To employed venire persons only) please tell us a little bit, just a thumbnail sketch, of what you do every day at work.

3. (To venire persons who are not employed) please give us some idea, just a sketch, of your favorite activities. What do you enjoy?

4. Do you read any daily newspapers? If so, what are they and what are your favorite parts to read?

5.  Do you watch TV?  If so, what are your favorite programs, and what do you like about them?

6.  Have you, or any member of your family or close friends, ever brought a lawsuit?  If so, tell us about it.  What stands out in your mind about the experience?

7.  Have you, or any member of your family or close friends, ever been sued?  If so, tell us about it.  What stands out in your mind about the experience?

8.  Have you, or any member of your family or close friends, ever thought about bringing a lawsuit?  If so, tell us about it.  What stands out in your mind about the experience?

9.  Have you, or any member of your family or close friends ever owned a business?  If so, tell us about it.  What stands out in you mind about the experience?

10. Have you, or any member of your family or close friends, ever been let go from a job?  If so, what stands out in your mind about the experience?

11. Have you, or any member of your family or close friends, ever let anyone go from a job?  If so, what stands out in your mind about the experience?

12. Are you a union member? Tell us about it.

13. Do you, or any member of your family or close friends, have any strong feelings about unions? Tell us about them.

14. Have you, or any member of your family or close friends, ever filed a union grievance? If so, what stands out in your mind about the experience?

15. Have you, or any member of your family or close friends, ever a union grievance filed against them? If so, what stands out in your mind about the experience?

16. Have you ever given the laws on employment discrimination any thought? If so, what comes up in your mind when you think about them?

17. Have you ever felt that you were being discriminated against at work or in some other situation? tell us about it.

18. To your knowledge have any members of your family or close friends ever been discriminated against? If so, what stands out in your mind about the experience?

19. Have you ever seen someone who wasn't close to you being discriminated against?  Does anything stick out in your mind about the experience?

20. Has anyone ever accused you, or any member of your family of close friends, of discrimination against them?  tell us about it.  What sticks out in your mind about the experience.

21. Have you, or any member of your family or close friends, supervised people on the job?  Tell us a little about it.  What sticks out in your mind about supervising people?

22. Have you, or any member of your family or close friends, ever been the victim of a crime?  Tell us a little about it, if you can.  Did the experience leave you with any strong feelings?  What sticks out in your mind?

```
                              THE PLAINTIFFS
                              DEBRA COSENTINO, ET AL




                        By:_____
                            WILLIAM B. BARNES, ESQ.
                                (CT00268)
                            Rosenstein & Barnes
                            P.O. Box 687
                            1100 Kings Hwy. East,
                            Fairfield, CT 06824
                            (203) 367-7922
                            E-Mail wbarnes@rosenbar.com
```

**CERTIFICATION**

A copy of the foregoing was faxed and mailed to the following persons on December ____, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

```
                              _____
                              WILLIAM B. BARNES, ESQ.
```