UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and | : | |
| IMAGISTICS INTERNATIONAL, INC., | | |
| | : | |
| *Defendants*. | | |
| | : | December ___, 2004 |

**MOTION FOR INDIVIDUAL VOIR DIRE**

Plaintiffs respectfully move pursuant to D.Conn. Local Civ. R. 47(a) for an order permitting them to ask each venireperson questions on an individual basis.

                                              THE PLAINTIFFS
                                              DEBRA COSENTINO, ET AL


                                By:_____
                                    WILLIAM B. BARNES, ESQ.
                                       (CT00268)
                                   Rosenstein & Barnes
                                   P.O. Box 687
                                   1100 Kings Hwy. East,
                                   Fairfield, CT 06824
                                   (203) 367-7922
                                   EMail wbarnes@rosenbar.com

**<u>CERTIFICATION</u>**

    A copy of the foregoing was faxed and mailed to the following persons on December \_\_\_\_, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

                                          _____
                                          WILLIAM B. BARNES, ESQ

1