UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | CONSOLIDATED CASES |
| Defendants. | : | |
| | : | December 30, 2004 |

**MOTION TO REFER TO A MAGISTRATE-JUDGE**
**FOR A SETTLEMENT CONFERENCE**

Plaintiffs respectfully asks that this matter be referred to a Magistrate-Judge for a settlement conference.

THE PLAINTIFFS
DEBRA COSENTINO, ET AL

By: /s/ WBarnes
WILLIAM B. BARNES, ESQ.
    (CT00268)
Rosenstein & Barnes
P.O. Box 687
1100 Kings Hwy. East,
Fairfield, CT 06824
(203) 367-7922
EMail wbarnes@rosenbar.com

---

[Margin annotations:]

January 14, 2005. GRANTED. The matter is referred to USMJ Smith for conference on February 18, 2005 at 10:00 am.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

[Stamps: FILED 2005 JAN 14 A 10:26 U.S. DISTRICT COURT HARTFORD, CT]
[Stamp: FILED 2005 JAN -7 A 10:29 U.S. DISTRICT COURT HARTFORD, CT]