61

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | | |
|---|---|---|
| | X | MASTER CAPTION |
| DEBRA COSENTINO, et al., | : | |
| | : | CASE NO. 3:01CV2129 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC., and IMAGISTICS | : | |
| INTERNATIONAL INC., | : | JULY 12, 2004 |
| | : | |
| Defendants. | : | |
| | X | |

2004 JUL 13  A 11: 28

DISTRICT COURT
HARTFORD, CT.

## DEFENDANTS' MOTION FOR SANCTIONS
## PURSUANT TO FED. R. CIV. P. 16(f)

Defendants Pitney Bowes Inc. ("PB") and Imagistics International Inc. ("Imagistics")

(collectively "defendants") respectfully move for an Order imposing sanctions on plaintiffs

Debra Cosentino, Geraldine Benton, Patricia Buonincontra, Kim Cifatte, and Donna Moore

(collectively "plaintiffs") and/or their counsel of record pursuant to Fed. R. Civ. P. 16(f), and in

support thereof state as follows:

On March 29, 2004, the Court entered a Pretrial Order directing the parties to file a joint

trial memorandum by April 28, 2004. By Order dated May 12, 2004, the Court granted

plaintiffs' motion for an extension of time and set May 28, 2004 as the new deadline for filing

the joint trial memorandum. Plaintiffs thereafter sought, and procured, a second extension of

time to file the joint trial memorandum until July 6, 2004. Although defendants' counsel has

provided plaintiffs' counsel with a draft joint trial memorandum and proposed stipulations of fact

and law, plaintiffs have never commented on the drafts or otherwise participated in the process

of preparing the pleadings required by the Court, thereby violating the Court's Pretrial Order.

**ORAL ARGUMENT REQUESTED**

January 19, 2005. DENIED.
SO ORDERED

Alfred V. Covello