AO 458 (Rev.5/85) Appearance

# United States District Court
### DISTRICT OF CONNECTICUT

### APPEARANCE

DEBRA COSENTINO, ET AL.
        Plaintiffs
V.

Case Number: 3:01CV2129 (AVC)
CONSOLIDATED CASES

PITNEY BOWES, INC. and
IMAGISTICS INTERNATIONAL, INC.,
        Defendants

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for all of the PLAINTIFFS, DEBRA COSENTINO, ET AL

February 18, 2005
Date

Signature

Matthew M. Hausman ct 08966
Print Name
The Law Offices of Matthew M. Hausman, LLC
799 Silver Lane
Address
Trumbull,    CT    06611
City    State    Zip Code
(203) 375-6200

e-mail: mhausmanlaw@msn.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class mail to the following persons on February 18, 2005:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_____
Matthew M. Hausman ct08966

BPRT/58277.3/MXH/322917v1