UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA COSENTINO, ET AL, | : | 301CV2129 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| | | CONSOLIDATED CASES |
| PITNEY BOWES, INC. and IMAGISTICS INTERNATIONAL, INC., | : | |
| | : | |
| *Defendants*. | : | |
| | : | February 18, 2005 |

## MOTION FOR ATTORNEY'S FEES

Plaintiffs respectfully move for an award of attorney's fees for their attendance at the settlement conference scheduled for Feb. 18, 2005, and represent:

1.  Defendants brought a representative with such low authority that nothing could be accomplished.

2.  The conference was cancelled.

3.  Plaintiffs request payment of their attorney's fees, as follows:

| William B. Barnes | 1 hour preparation | $350 |
|---|---|---|
| | 1 hour in conference | $350 |
| | 2 hours travel | $700 |

| Sheila K. Rosenstein | 1 hour in conference | $350 |
| | 2 hours travel | $700 |
| Matthew Haussman | 1 hour preparation | $250 |
| | 1 hour in conference | $250 |
| | 2 hours travel | $500 |
| | | _____ |
| | | $3,450 |

THE PLAINTIFFS
DEBRA COSENTINO, ET AL


By:_____
WILLIAM B. BARNES, ESQ.
      (CT00268)
Rosenstein & Barnes
1100 Kings Hwy. East,
Fairfield, CT 06824
Tel (203) 367-7922
Fax (203) 367-8110
E-Mail wbarnes@rosenbar.com

**CERTIFICATION**

A copy of the foregoing was faxed and mailed to the following persons on February 18, 2005:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_____
WILLIAM B. BARNES, ESQ.

2