UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X   MASTER CAPTION
DEBRA COSENTINO, et al.,                                    :
                                                            :   CASE NO. 3:01cv2129 (AVC)
                            Plaintiff,                      :
                                                            :
v.                                                          :
                                                            :
PITNEY BOWES INC., and IMAGISTICS                           :
INTERNATIONAL INC.,                                         :   MARCH 16, 2005
                                                            :
                            Defendants.                     :
------------------------------------------------------------- X

## MOTION TO MODIFY ORDER SCHEDULING SETTLEMENT CONFERENCE

By Memorandum and Order, dated February 18, 2005 ("Order"), the Court (Smith, M.J.) scheduled a settlement conference to be conducted before Magistrate Judge Smith on April 22, 2005, at 10:00 a.m., and directed that defendants be represented at the conference by Mark Flynn, General Counsel for Imagistics International Inc. ("Imagistics"), Tina Allen, Imagistics' Chief Human Resources Officer, and Dawn Stevens, Imagistics' Director of Human Resources. Mr. Flynn and Ms. Allen are available for, and planning to attend, the conference, however, Ms. Stevens will be out of the country on a long-planned vacation, for which she has already purchased airline tickets.

It would impose an undue burden on Ms. Stevens were she required to cancel her vacation at this juncture. Mr. Flynn and Ms. Allen, moreover, are officers of Imagistics, whereas Ms. Stevens is not. As such, whether or not Ms. Stevens is in attendance, defendants will be represented at the conference by appropriate authorized representatives.

Good cause existing therefor, defendants respectfully request that the Order be modified so as to relieve Ms. Stevens of the obligation to attend the April 22 settlement conference.

Respectfully submitted,

DEFENDANTS,
PITNEY BOWES INC. and
IMAGISTICS INTERNATIONAL INC.

_____
Lawrence Peikes (ct 07913)
lpeikes@wiggin.com
Wiggin and Dana LLP
Their Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion to Modify Order Scheduling Settlement Conference was served on this 16th day of March, 2005, by first-class U.S. mail, postage pre-paid, on:

>William B. Barnes, Esq.
>Rosenstein & Barnes
>1100 Kings Hwy. East
>Fairfield, CT 06432

_____
Lawrence Peikes

\15058\410\99369.1