FILED

2005 APR -5  A 10: 24

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEBRA COSENTINO          :      DOCKET NO. 3:01CV2129 (AVC)
                                            ~~3:01CV2365~~ (avc)
v.                       :

PITNEY BOWES, INC.       :      DEC. 22, 2004

## MOTION TO CONSOLIDATE

Plaintiff Debra Cosentino respectfully moves pursuant to Fed. R. Civ. P. 42(a) for an order consolidating the five related cases, not merely for discovery purposes, but also for trial. The grounds for this motion are stated in the accompanying memorandum.

                                    THE PLAINTIFF
                                    DEBRA COSENTINO

                              By: _____
                                    WILLIAM B. BARNES, ESQ.
                                        (CT00268)
                                    Rosenstein & Barnes
                                    P.O. Box 687
                                    1100 Kings Hwy. East,
                                    Fairfield, CT 06432
                                    (203) 367-7922

### CERTIFICATION

A copy of the foregoing was faxed and mailed to the following persons on Dec. 22, 2004:

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic St.,
P.O. Box 110325
Stamford, CT 06911-0325

_____
WILLIAM B. BARNES, ESQ.