UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------- X   MASTER CAPTION
DEBRA COSENTINO, et al.,                                :
                                                        :   CASE NO. 3:01cv2129 (AVC)
                        Plaintiff,                      :
                                                        :
v.                                                      :
                                                        :
PITNEY BOWES INC., and IMAGISTICS                       :
INTERNATIONAL INC.,                                     :   APRIL 11, 2005
                                                        :
                        Defendants.                     X
-------------------------------------------------------
```

## APPEARANCE

Please enter my appearance on behalf of defendant Imagistics International Inc., in the above-captioned matter. This will certify that the undersigned is admitted to practice before this Court.

        Respectfully submitted,

        DEFENDANT,
        IMAGISTICS INTERNATIONAL INC.

By:_____
        Peter J. Lefeber (ct08399)
        plefeber@wiggin.com

Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that on April 11, 2005, I caused to be served by first-class U.S. mail, postage prepaid, a true copy of the foregoing Appearance on:

> William B. Barnes, Esq.
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> Fairfield, CT 06432

                                                                                    _____
                                                                                    Peter J. Lefeber

\15058\410\100633.1