FILED

2005 APR -5  A 10: 24

UNITED STATES DISTRICT COURT
US DISTRICT COURT
HARTFORD CT
DISTRICT OF CONNECTICUT

3:01CV2129 (AVC)

| | | |
|---|---|---|
| DEBRA COSENTINO | : | DOCKET NO. ~~3:01CV2365~~ (avc) |
| v. | : | |
| PITNEY BOWES, INC. | : | DEC. 22, 2004 |

### MOTION TO CONSOLIDATE

Plaintiff Debra Cosentino respectfully moves pursuant to Fed. R. Civ. P. 42(a) for an order consolidating the five related cases, not merely for discovery purposes, but also for trial. The grounds for this motion are stated in the accompanying memorandum.

THE PLAINTIFF
DEBRA COSENTINO

By: /s/ W. Barnes
WILLIAM B. BARNES, ESQ.
(CT00268)
Rosenstein & Barnes
P.O. Box 687
1100 Kings Hwy. East,
Fairfield, CT 06432
(203) 367-7922

[Handwritten margin note, left side, rotated:]
April 19, 2005. Having reviewed the submissions of counsel, the court is persuaded that the actions are based on common questions of law and fact and that considerations of efficiency outweigh any prejudice or confusion that might result from consolidation. Accordingly, the motion is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2005 APR 19 A 11: 46
US DISTRICT COURT
HARTFORD, CT

01CV2129 end 97