UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEBRA COSENTINO              :     DOCKET NO. 3:01CV2129 (avc)

v.                           :

PITNEY BOWES, INC.           :     DEC. 28, 2004

### MOTION FOR LEAVE TO SERVE WITNESS AND EXHIBIT LISTS AFTER RULING ON MOTION TO CONSOLIDATE CASES FOR TRIAL

Plaintiffs Debra Cosentino, et al, respectfully move for leave to serve their witness and exhibit lists after there has been a ruling on their motion to consolidate these cases for trial. If the motion is granted there will be one exhibit list and one witness list. If the motion is denied there will be five separate exhibit lists and five separate witness lists.

                                   THE PLAINTIFF
                                   DEBRA COSENTINO

                              By: _____
                                   WILLIAM B. BARNES, ESQ.
                                        (CT00268)
                                   Rosenstein & Barnes
                                   1100 Kings Hwy. East,
                                   Fairfield, CT 06432
                                   (203) 367-7922

April 19, 2005. GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

01CV2129 END79