UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | MASTER CAPTION |
| DEBRA COSENTINO, et al., | : | |
| | : | CASE NO. 3:01cv2129 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC., and IMAGISTICS | : | |
| INTERNATIONAL INC., | : | MAY 9, 2005 |
| | : | |
| Defendants. X | | |
| ------------------------------------------------------------ | | |

## DEFENDANTS' MOTION RE: SCHEDULING

Jury selection in the above-captioned matter is scheduled to take place on June 2, 2005. It is defendants' understanding that several civil juries will be selected on that date, with trial of these cases to occur thereafter in accordance with a schedule to be determined. Defendant respectfully requests that the trial in this action not be the first one scheduled, and if at all possible, commence no earlier than June 27, 2005.

In support of this application, defendants note that their lead attorney is scheduled to be on trial in May. In particular, during the week of May 9, 2005, undersigned counsel of record will be selecting a jury in the case of <u>Miron v. University of New Haven, et al.</u>, Docket No. X03-CV-02-0526024-S, Superior Court, Complex Litigation Docket at New Britain. The presentation of evidence in the <u>Miron</u> matter will begin on May 24, 2005, and is expected to continue for 8-10 trial days. Consequently, should the trial of this action commence prior to June 27, 2005, counsel for defendants will have little or no opportunity to prepare the case.

2

 For these reasons, good cause exists for scheduling this trial to begin no earlier than June 27, 2005.

             Respectfully submitted,

             DEFENDANTS,
             PITNEY BOWES INC. and IMAGISTICS INTERNATIONAL INC.

           By: _____
             Lawrence Peikes (ct07913)
             lpeikes@wiggin.com

             Wiggin and Dana LLP
             Their Attorneys
             400 Atlantic Street
             P.O. Box 110325
             Stamford, CT  06911-0325
             (203) 363-7600
             (203) 363-7676 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Defendants' Motion Re: Scheduling was served by first-class U.S. mail, postage prepaid, on this 9th day of May, 2005, on:

> William B. Barnes, Esq.
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> Fairfield, CT  06432

_____
Lawrence Peikes

\15058\410\101845.1