UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X   MASTER CAPTION
DEBRA COSENTINO, et al.,                                 :
                                                         :   CASE NO. 3:01cv2129 (AVC)
                        Plaintiff,                       :
                                                         :
v.                                                       :
                                                         :
PITNEY BOWES INC., and IMAGISTICS                        :
INTERNATIONAL INC.,                                      :   MAY 31, 2005
                                                         :
                        Defendants.                   X
------------------------------------------------------------

## APPEARANCE

Please enter my appearance on behalf of defendants Pitney Bowes, Inc. and Imagistics International Inc., in the above-captioned matter. This will certify that the undersigned is admitted to practice before this Court.

Respectfully submitted,

DEFENDANTS,
PITNEY BOWES, INC.
IMAGISTICS INTERNATIONAL INC.

By: _____
    Ian E. Bjorkman (ct 11648)
    ibjorkman@wiggin.com

Wiggin and Dana LLP
Its Attorneys
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
(203) 498-4496
(203) 782 -2889 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that on May 31, 2005, I caused to be served by first-class U.S. mail, postage prepaid, a true copy of the foregoing Appearance on:

>William B. Barnes, Esq.
>Rosenstein & Barnes
>1100 Kings Hwy. East
>Fairfield, CT 06432

_____
Ian E. Bjorkman

\15058\410\102737.1