UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DEBRA COSENTINO, et al., | X   MASTER CAPTION |
| Plaintiff, | CASE NO. 3:01cv2129 (AVC) |
| v. | |
| PITNEY BOWES INC., and IMAGISTICS INTERNATIONAL INC., | MAY 31, 2005 |
| Defendants. | X |

---

## APPEARANCE

Please enter my appearance on behalf of defendants Pitney Bowes, Inc. and Imagistics International Inc., in the above-captioned matter. This will certify that the undersigned is admitted to practice before this Court.

Respectfully submitted,

DEFENDANTS,
PITNEY BOWES
IMAGISTICS INTERNATIONAL INC.

By: *William J. Albinger*
William J. Albinger (ct19861)
walbinger@wiggin.com

Wiggin and Dana LLP
Their Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2005, I caused to be served by first-class U.S. mail, postage prepaid, a true copy of the foregoing Appearance on:

>William B. Barnes, Esq.
>Rosenstein & Barnes
>1100 Kings Hwy. East
>Fairfield, CT 06432

_____
William J. Albinger

\15058\410\102736.1