# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | X | MASTER CAPTION |
| DEBRA COSENTINO, et al., | : | |
| | : | CASE NO. 3:01CV2129 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC, and IMAGISTICS | : | |
| INTERNATIONAL, INC., | : | JUNE 20, 2005 |
| | : | |
| Defendants. | : | |
| | X | |

## JOINT PRE-TRIAL MEMORANDUM

Pursuant to the Pre-Trial Order entered by the Court on March 29, 2004, and in accordance with D. Conn. L. Civ. R. 6, plaintiffs Debra Cosentino, Geraldine Benton, Patricia Buonincontra, Kim Cifatte, and Donna Moore (collectively "plaintiffs") and defendants Pitney Bowes Inc. ("PB") and Imagistics International Inc. ("Imagistics") (collectively "defendants") submit this Joint Pre-Trial Memorandum.

1. **TRIAL COUNSEL:**

For plaintiffs:

William B. Barnes (ct 00268)
Sheila K. Rosenstein (ct 07091)
Rosenstein & Barnes
1100 Kings Hwy. East
Fairfield, CT 06432
(203) 367-7922
(203) 367-8110 (fax)

Matthew Hausman (ct 08966)
799 Silver Lane
Trumbull, CT 08966
(203) 375-6200
(203) 375-5003 (fax)

For defendants:

Lawrence Peikes (ct 07913)
William Albinger (ct 19861)
Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

2.    **JURISDICTION:**

Plaintiffs' claims arise under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e, et seq., and its state law analogue, the Connecticut Fair Employment Practices Act ("FEPA"), Conn. Gen. Stat. §§ 46a-60, et seq. The Court has federal question jurisdiction over plaintiffs' Title VII claims pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over plaintiffs' FEPA claims, as well as their common law claims for negligent supervision, pursuant to 28 U.S.C. § 1367(a). Personal jurisdiction is not contested.

3.    **JURY/NON-JURY:**

Plaintiffs have made a demand for trial by jury.

4.    **LENGTH OF TRIAL:**

The parties anticipate it will require six trial days to conduct a trial in this matter.

5.    **FURTHER PROCEEDINGS:**

Other than a charge conference and argument as to motions in limine, the parties do not anticipate the need for any further proceedings prior to trial.

6.    **NATURE OF CASE:**

The complaints filed by each individual plaintiff are virtually identical in content and purport to allege two (2) causes of action. In Count One, plaintiffs allege they were subjected to gender-based harassment by their supervisor, Gary Simpson, thereby creating a hostile work environment in violation of Title VII and the FEPA. (Plaintiff Cosentino's statutory claims arise under Title VII only). Plaintiffs further allege in Count Two that defendants were negligent in their supervision of Mr. Simpson. As a remedy, plaintiffs seek to recover lost wages, compensatory damages for alleged

emotional distress, punitive damages, and attorneys' fees and costs.

**7.    TRIAL BY A MAGISTRATE JUDGE:**

The parties have not stipulated to have the matter tried before a Magistrate Judge.

**8.    LIST OF WITNESSES:**

A.    Defendants may call any or all of the following witnesses to testify at trial. This list does not necessarily include rebuttal or impeachment witnesses.

1.    Gary Simpson, Imagistics International Inc., 100 Oakview Drive, Trumbull, CT 06611 – Mr. Simpson will refute plaintiffs' testimony as to the various incidents and events upon which their claims are based, and further testify regarding the functions of the ECO Cartridge Group, the compensation programs, plaintiffs' performance of their job duties, and other matters pertinent to the claims and defenses alleged in this action. It is anticipated that Mr. Simpson will testify on direct examination for approximately two (2) hours.

2.    Daryl Schneider, 140 Goldbach Drive, Stratford, CT 06614 – Mr. Schneider will testify regarding his duties and responsibilities, the atmosphere in the ECO Cartridge Group work area, Mr. Simpson's treatment of the employees in the ECO Cartridge Group, his interactions with Mr. Simpson, plaintiffs' job performance, and other pertinent matters. It is anticipated that Mr. Schneider will testify on direct examination for approximately one (1) hour.

3.    Georgianna Coleman, 117 Forest Ave., Hamden, CT 06518 – Ms. Coleman will testify regarding any complaints received by the Human Resources department regarding Mr. Simpson's conduct, and the investigations and corrective measures taken in response to those complaints. It is anticipated that Ms. Coleman will

testify on direct examination for approximately one (1) hour.

     4.     Mary Iaffaldano, 336 Ford Street, Milford, CT 06460 – Ms. Iaffaldano will testify regarding the atmosphere in the ECO Cartridge Group work area, Mr. Simpson's treatment of his subordinates, and various incidents and events pertinent to plaintiffs' claims and allegations. It is anticipated that Ms. Iaffaldano will testify on direct examination for approximately one (1) hour.

     5.     Dawn Stevens, 100 Oakview Drive, Trumbull, CT 06611 – Ms. Stevens will testify regarding pertinent human resources and personnel policies, any complaints received by the Human Resources department about Mr. Simpson, and actions taken in response to those complaints. It is anticipated that Ms. Stevens will testify on direct examination for approximately two (2) hours.

     6.     Janice McManus, 254 Cochran Street, Charleston, SC 29492 – Ms. McManus will testify regarding pertinent human resources and personnel policies, any complaints received by the Human Resources department about Mr. Simpson, and actions taken in response to those complaints. It is anticipated that Ms. McManus will testify on direct examination for approximately one (1) hour.

     7.     Brenda West, Imagistics International Inc., 100 Oakview Drive, Trumbull, CT 06611 – Ms. West will testify regarding plaintiffs' job performance and attitude, plaintiffs' complaints and disparaging comments regarding Mr. Simpson, Mr. Simpson's lack of involvement in managing the ECO Cartridge Group after he was replaced by Ms. West, and the decision to transfer the ECO Cartridge Group's functions to Denver. It is anticipated that Ms. West will testify on direct examination for approximately one (1) hour.

8.      John Connor, current address unknown – Mr. Connor will testify regarding his experience and observations while working in the ECO Cartridge Group. It is anticipated that Mr. Connor will testify on direct examination for approximately thirty (30) minutes.

9.      Paxton Cobb, current address unknown – Mr. Cobb will testify regarding his experience and observations while working in the ECO Cartridge Group. It is anticipated that Mr. Cobb will testify on direct examination for approximately thirty (30) minutes.

10.     Mike Mayes, Imagistics International Inc., 100 Oakview Drive, Trumbull, CT 06611 – Mr. Mayes will testify regarding his observations of, and communications with, employees in the ECO Cartridge Group. It is anticipated that Mr. Mayes will testify for approximately thirty (30) minutes.

11.     Paul Gorman, 211 4th Ave., Stratford, CT 06615 – Mr. Gorman will testify regarding communications with employees in the ECO Cartridge Group about Mr. Simpson. It is anticipated that Mr. Gorman will testify on direct examination for approximately thirty (30) minutes.

12.     Doug Oakes, Pitney Bowes Inc., 1 Elmcroft Road, Stamford, CT 06904 – Mr. Oakes will testify regarding Ms. Moore's report to him about Mr. Simpson, and the responsive actions taken. It is anticipated that Mr. Oakes will testify on direct examination for approximately thirty (30) minutes.

13.     Debra Cosentino – If called, Ms. Cosentino will testify regarding her claims and allegations. It is anticipated that Ms. Cosentino will testify for approximately thirty (30) minutes if called as a hostile witness during defendant's case-in-chief.

14.     Geraldine Benton – If called, Ms. Benton will testify regarding her claims and allegations.  It is anticipated that Ms. Benton will testify for approximately thirty (30) minutes if called as a hostile witness during defendant's case-in-chief.

15.     Kim Cifatte – If called, Ms. Cifatte will testify regarding her claims and allegations.  It is anticipated that Ms. Cifatte will testify for approximately thirty (30) minutes if called as a hostile witness during defendant's case-in-chief.

16.     Patricia Buonincontra – If called, Ms. Buonincontra will testify regarding her claims and allegations.  It is anticipated that Ms. Buonincontra will testify for approximately thirty (30) minutes if called as a hostile witness during defendant's case-in-chief.

17.     Donna Moore – If called, Ms. Moore will testify regarding her claims and allegations.  It is anticipated that Ms. Moore will testify for approximately thirty (30) minutes if called as a hostile witness during defendant's case-in-chief.

B.      Plaintiffs may call any or all of the following witnesses at trial.  This list does not necessarily include rebuttal or impeachment witnesses.

1.      Gary Simpson, Imagistics International, Inc., 100 Oakview Dr., Trumbull, CT 06611.  Mr. Simpson may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on various technical aspects of the ECO Cartridge Group and on the operation of the Group.  If called Mr. Simpson's testimony for Plaintiffs would most likely not exceed 30 minutes.

2.      Darryl Schneider, 140 Goldbach Dr., Stratford, CT 06611.  Mr. Schneider may be called as a witness to testify on aspects of the ECO Cartridge Group operation and the conduct of Mr. Simpson.  It is not clear whether Ms. Schneider will be a hostile

witness. If called Mr. Schneider's testimony for Plaintiffs during their case-in-chief would likely not exceed 30 minutes.

3.    Georgianna Coleman, 117 Forest Ave., Hamden, CT 06518. Ms. Coleman may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on the activities of defendant Pitney Bowes's HR in Trumbull and her communications with Plaintiffs. If called Ms. Coleman's testimony for Plaintiffs is unlikely to exceed 30 minutes.

4.    Mary Iaffaldano, 336 Ford St., Milford, CT 06460. Ms. Iaffaldano may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on Mr. Simpson's conduct, on Plaintiff Moore's conduct, on certain aspects of the operations of the ECO Cartridge Group, and on the conduct and statements of the other Plaintiffs. If called Ms. Iaffaldano's testimony for Plaintiffs would not likely exceed 30 minutes.

5.    Dawn Stevens, Imagistics International, Inc., 100 Oakview Dr., Trumbull, CT 06611. Ms. Stevens may be called by Plaintiffs to testify as a hostile witness during their case-in-chief to the activities of Pitney Bowes HR in Trumbull and in Stamford, to the communications between Plaintiffs and Pitney Bowes HR, and to the conditions in the ECO Cartridge Group. If called it is unlikely that Ms. Stevens' testimony for Plaintiffs would exceed 30 minutes.

6.    Janine McManus, 254 Cochran St., Charleston, SC 29492. Ms. McManus may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on their complaints to Bitney Bowes HR and on her interactions with Plaintiff Moore and other Pitney Bowes employees concerning the ECO Cartridge Group. If called by Plaintiffs it is unlikely that Ms. McManus's testimony would exceed 30 minutes.

7.     Brenda West, Imagistics International, Inc., 100 Oakview Dr., Trumbull, CT 06611. Ms. West may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on her contacts with Gary Simpson. If called by Plaintiffs it is unlikely that Ms. West's testimony would exceed 20 minutes.

8.     John Connor, current address unknown. Mr. Connor may be called by Plaintiffs. It is not clear whether he would be a hostile witness. Mr. Connor would testify on conditions in the ECO Cartridge Group, his work there, and his interactions with Gary Simpson. If called Mr. Connors's testimony for plaintiffs during their case-in-chief would likely not exceed 15 minutes.

9.     Paxton Cobb, current address unknown. Mr. Cobb may be called by Plaintiffs. It is not clear whether he would be a hostile witness. Mr. Cobb would testify on conditions in the ECO Cartridge Group, his work there, and his interactions with Gary Simpson. If called Mr. Cobb's testimony for plaintiffs during their case-in-chief would likely not exceed 15 minutes.

10.     Mike Mayes, Imagistics International, 100 Oakview Dr., Trumbull, CT 06611. Ms. Mayes may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on the operations of the lab and the ECO cartridge group, on his contacts with Gary Simpson, and on his contacts with the Plaintiffs. If called by Plaintiffs it is unlikely that Mr. Mayes's testimony would exceed 20 minutes.

11.     Paul Gorman, 211 Fourth Ave., Stratford, CT 06615. Ms. Gorman may be called by Plaintiffs to testify as a hostile witness during their case-in-chief on the operations of the ECO Cartridge Group and on his contacts with Mr. Simpson. If he is called by Plaintiffs it is unlikely that Mr. Gorman's testimony would exceed 15 minutes.

12.    Dick Wajert, 28 Chimney Dr., Bethel, CT 06801.  Mr. Wajert may be called by Plaintiffs during their case in chief to testify about his observations of the ECO Cartridge Group, his observations of Mr. Simpson, and his communications and activities as a company ombudsman.  Mr. Wajert's testimony on direct would probably be less than half an hour.

13.    Plaintiff Geraldine Benton.  All aspects of the case.  Her testimony on direct would be about two hours.

14.    Plaintiff Pat Buonincontra.  All aspects of the case.  Her testimony on direct would be about two and a half to three hours.

15.    Plaintiff Debra Cosentino.  All aspects of the case.  her testimony on direct would be about one hour.

16.    Plaintiff Kim Cifatte.  All aspects of the case.  Her testimony on direct would be about three hours.

17.    Plaintiff Donna Moore.  All aspects of the case.  Her testimony on direct would be about four hours.

18.    Tacqueisha Kennedy, 1817 Chopsey Hill Rd., Bridgeport, CT.  A former employee of Pitney Bowes, Ms. Kennedy will testify about the ECO Cartridge Group and the events of Aug. 30, 2000.  Ms. Kennedy's testimony on direct would probably last about a half an hour.

19.    Nancy Nordstrom, Chicago, IL.  An employee of Pitney Bowes with relevant experience of Mr. Simpson.  If called Ms. Nordstrom's testimony on direct would likely last about 20 minutes.

9.    **EXHIBITS:**

A.    Defendants expect to offer the following exhibits at trial:

Memo from Vice President Human Resources to All Copier and Fax Region Sales Vice Presidents and Service Region Directors dated January 4, 1999 (PB-000265-268)

Aftermarket Supply Sales Rep Bonus Program (PB-000355)

Memo to ECO Sales Reps from Gary Simpson re:  Commissions dated February 10, 2000 (PB-000360-361)

Memo from Gary Simpson to ECO/Sales Technical/Admin Groups re:  Daily Breaks dated August 31, 2000 (PB-000623-624)

Memo from Gary Simpson to ECO Sales Reps re:  Commissions dated April 14, 2000 (PB-000964)

Memo from Gary Simpson to ECO Sales Reps re:  Telephone Activity Through July 21st dated July 26, 2000 (PB-001005)

2001 ECO Sales Compensation Program (PB-000963)

Letter from Gary Simpson to Debra J. Daniel-Cosentino dated February 22, 1999 (PB-000010-11)

Pitney Bowes Office Systems Affirmative Action/Equal Opportunity Policy Statement (PB-000113-117)

Confidential Interview for Debbie Cosentino from Dawn A. Stevens dated September 1, 2000 (PB-000122)

Non-Exempt Performance Appraisal for Debra Cosentino from Gary Simpson dated February 28, 2000 (PB-000018-23)

Aftermarket Supply Sales Rep Bonus Program (PB-000155)

Memo from Debra Cosentino to Dawn Stevens re: Complaints dated September 18, 2000 (PB-000125)

Letter from Debra Cosentino to Charlie Schaeffer of Mr. Laser dated October 24, 2000 (PB-000153)

Letter from Gary Simpson to Charles Schaeffer – Mr. Laser re: Toner Cartridge dated November 8, 2000 (PB-000152)

Memo from Gary Simpson to ECO Sales Reps re: 1st Quarter Commission Results dated April 25, 2000

Memo from Gary Simpson to Debra Cosentino re: Performance dated June 2, 2000 (PB-000165)

Memo from Gary Simpson to Debra Cosentino re: Week of June 12th Phone Activity

Memo from Gary Simpson to ECO Sales Reps re: Telephone Activity for June dated July 26, 2000

Memo from Gary Simpson to ECO Sales Reps re: Year 2000 Results dated September 14, 2000

Memo from Gary Simpson – 2000 Turkey Bash Results

Memo from Debra Cosentino to Gary Simpson re: Notice of Resignation dated November 27, 2000 (PB-000001)

Meeting February 2001 – New Supervisor

Memo from The ECO Program Employees to Georgianna Coleman re: Threat of Loss of Jobs

Letter from Gary Simpson to Geri Benton dated August 10, 1999 (PB-

000262-263)

Geri Benton - Compensation memo from Director of Aftermarket sales dated December 28, 1999 (PB-000356)

Non-Exempt Performance Appraisal of Geraldine Benton from Gary Simpson dated October 9, 2000 (PB-000251-257)

Memo to Gary Simpson from Geri Benton dated September 10, 2000 (PB-000457-459)

Letter from Lillian Gwyn, The New York Times to Don Poster re:  Geri Benton dated August 14, 2000 (PB-000385)

Memo from Gary Simpson to Geri Benton re:  Breaks/Work Hours dated September 14, 2000 (PB-000470-471)

Non-Exempt Performance Appraisal of Geraldine Benton from Donna Moore dated September 17, 2001 (PB-000227-232)

Transfer Application from Geraldine Benton dated March 1, 2001 (PB-000342)

Transfer Application from Geraldine Benton dated February 28, 2001 (PB-000343)

Transfer Application from Geraldine Benton dated April 11, 2001 (PB-000345)

Memo from Donna Moore to Geri Benton/Kim Cifatte re:  Notice Upon Departure dated May 1, 2001 (PB-000344)

Memo from Donna Moore to Geri Benton/Kim Cifatte re:  Negative Attitudes dated May 1, 2001 (PB-000519)

Memo from Gary Simpson to Geri Benton re: "final" listing of potential commissionable accounts dated September 10, 2001 (PB-000415)

Memo from Dawn Stevens to Geri Benton re: Confidential Agreement dated April 6, 2001 (PB-000346)

Confidential Interview dated March 21, 2001 (PB-000347)

Letter from Geraldine Benton dated April 10, 2001 (PB-000354)

Aftermarket Supply Sales Rep Bonus Program (PB-000962)

Memo from Doris Owens - Business Case for Imagistics International Combine ECO Group with Supplyline dated December 4, 2001

Memo from Donna Moore to Geri Benton/Kim Cifatte re: Negative Attitudes dated May 1, 2001 with attached email from Gary Simpson to Donna Moore and Georgianna Coleman re: Questions from Kim Cifatte dated April 30, 2001

Memo from Gary Simpson to Donna Moore re: Weekly Business Review dated May 30, 2001

Memo from Gary Simpson to Donna Moore re: Phone Logs dated June 20, 2001

Email from Donna Moore to Gary Simpson re: Phone Reports dated June 19, 2001 and reply email from Gary Simpson to Donna Moore re: Phone Reports dated June 21, 2001

Letter from Gary Simpson to Doris dated July 9, 2001

Letter dated July 23, 2001

Transfer Application of Kim Cifatte dated August 11, 1998

Letter from Gary Simpson to Kim Cifatte dated November 2, 1998

Non-Exempt Performance Appraisal of Kim Cifatte from Gary Simpson dated October 19, 1999

Memo from Gary Simpson to Kim Cifatte re:  Performance dated June 5, 2000

Memo from Gary Simpson to Kim Cifatte re:  Performance dated June 8, 2000

Memo from Gary Simpson to Kim Cifatte re:  Inappropriate Comments dated September 5, 2000

Memo from Gary Simpson to Kim Cifatte re:  Breaks/Work Hours dated September 14, 2000

Non-Exempt Performance Appraisal of Kim Cifatte from Gary Simpson dated December 6, 2000

Memo from Gary Simpson to Kim Cifatte re:  Company Policy/Guidelines dated November 30, 2000

3 Pointers Kim

Transfer Application of Kim Cifatte dated February 16, 2001

Transfer Application of Kim Cifatte dated April 11, 2001

Confidential Interview of Kim Cifatte from Georgianna Coleman dated March 21, 2001

Letter from Kim Cifatte to Gary Simpson dated March 8, 2001

Memo from Gary Simpson to Kim Cifatte re:  Poor Performance dated March 9, 2001

Employee Problem Discussion – Kim Cifatte dated April 6, 2001

Letter from Gary Simpson to Patricia Buonincontra dated June 4, 1998 (PB-000871)

Pitney Bowes Copier Systems Sexual Harassment Policy signed by Patricia Buonincontra dated February 2, 1998 (PB-000682)

Non-Exempt Performance Appraisal for Patricia Buonincontra from Gary Simpson dated September 16, 1998 (PB-000665-669)

Non-Exempt Performance Appraisal for Patricia Buonincontra from Gary Simpson dated October 18, 1999 (PB-000656-658)

Memo from Gary Simpson to Pat Buonincontra re:  Behavior dated December 30, 1999 (PB-000651)

Memo from Gary Simpson to Pat Buonincontra re:   9900 Series ECO Conversions (PB-000650)

Memo from Gary Simpson to Pat Buonincontra re:  Performance dated June 5, 2000 (PB-000649)

Memo from Gary Simpson to Pat Buonincontra re:  Week of June 12th Phone Activity dated June 23, 2000 (PB-000648)

Memo from Gary Simpson to Pat Buonincontra re:  Breaks/Work Hours dated September 14, 2000 (PB-000647)

Non-Exempt Performance Appraisal for Patricia Buonincontra from Gary Simpson dated September 14, 2000 (PB-000639-644)

Handwritten note re:  Pat Buonincontra (PB-000642)

Confidential Interview to Pat Buonincontra from Dawn Stevens dated

September 15, 2000 (PB-000959)

Memo from Gary Simpson to Pat Buonincontra re: Company Policy/Guidelines dated November 30, 2000 (PB-000663)

Memo from Gary Simpson to Pat Buonincontra re: 3 Point Accounts dated February 2, 2001 (PB-001000)

Memo from Gary Simpson to Pat Buonincontra re: Poor Performance dated March 9, 2001 (PB-001027-1028)

Transfer Application of Pat Buonincontra dated February 21, 2001 (PB-000635)

Letter from Cheryl A. Calsetta to Pat Buonincontra dated March 21, 2001 (PB-000637-638)

Letter from Gary Simpson to Donna Moore dated January 10, 2001

Donna Moore – Objectives

Supervisor – ECO Sales Program Monthly Bonus Plan from Gary Simpson

Email from Georgianna Coleman to Gary Simpson dated February 26, 2001

Memo from Gary Simpson to Donna Moore re: Hewlett Packard Quota Target dated March 12, 2001

    B.    Plaintiffs expect to offer the following exhibits at trial:

| Document Date | Author | Addressee |
| --- | --- | --- |
| Call Reporting memo 12/13/01 | M. Liskiewicz | D. Moore |
| EPD Status w/note K. Cifatte | G. Benton | D. Moore |

10/24/01

| 9/01 Carryover List of accounts | G. Simpson | G. Benton |

09/25/01

| Early Retirement Memo | G. Benton | D. Moore |

09/19/01

| Non-Exempt Perf. Appraisal | D. Moore | G. Benton |

09/17/01

| Commission Status Memo | G. Benton | D. Stevens |

09/12/01

| Commission 4/01 Memo | G. Benton | D. Stevens |

09/12/01

| Req. to visit 8/01 Comm. stmt. | G. Benton | D. Stevens |

09/12/01

| Commission Memo | D. Moore | G. Benton |

09/03/01

| Commissionable Accts. | G. Simpson | G. Benton |

08/01

| EPD Status K. Cifatte | D. Moore | McManus & Stevens |

07/27/01

| Ltr. re Gary Simpson | Anon | D. Oakes |

06/01/01

| EPD Status Memo | D. Moore | K. Cifatte |

05/14/01

| | | |
|---|---|---|
| EPD Status Memo | D. Moore | K. Cifatte |
| 05/10/01 | | |
| EPD Status | D. Moore | K. Cifatte |
| 05/10/01 | | |
| Not Upon Departure | D. Moore | Benton & Cifatte |
| 05/01/01 | | |
| Not Upon Departure Memo | D. Moore | Benton/Cifatte |
| 05/01/01 | | |
| Neg. Attitude Memo | D. Moore | Benton & Cifatte |
| 05/01/01 | | |
| Letter | T. Hughes | K. Cifatte |
| 04/25/01 | | |
| Tfr Application | K. Cifatte | |
| 04/18/01 | | |
| Tfr Application | K. Cifatte | |
| 04/11/01 | | |
| PB Intranet Job Opps | | |
| 04/11/01 | | |
| CHRO Aff. Discriminatory Pract | K. Cifatte | |
| 04/11/01 | | |
| Discrimin. Pract. Transfer App | K. Cifatte | |
| 04/11/01 | | |
| Note | G. Benton | |

04/10/01

CHRO Aff. Discriminatory Pract          G. Benton

4/10/01

Conf Agreement Memo                     D. Stevens          G. Benton

04/06/01

Conf Agreement Memo                     D. Stevens          K. Cifatte

04/06/01

Empl Problem Discussion Form            D. Moore            K. Cifatte

04/06/01

Empl Problem Discussion

04/06/01

Internal Investigation

04/06/01

Conf Agmnt Memo                         D. Stevens          K. Cifatte

04/06/01

Progress Reports Memo                   D. Moore            K. Cifatte

04/02/01

Progress Reports Memo                   D. Moore            K. Cifatte

03/26/01

Conf Interview                          G. Coleman          K. Cifatte

03/21/01

Conf Interview Ltr                      G. Coleman          K. Cifatte

03/21/01

| | | |
|---|---|---|
| Poor Performance Memo 03/09/01 | G. Simpson | K. Cifatte |
| Poor Performance Memo 03/09/01 | G. Simpson | K. Cifatte |
| Poor Performance Memo 03/09/01 | G. Simpson | K. Cifatte |
| 3 Point list memo w/note 03/09/01 | G. Simpson | K. Cifatte |
| 3 Point List Memo 03/09/01 | G. Simpson | K. Cifatte |
| Poor Performance Memo 03/09/01 | G. Simpson | K. Cifatte |
| Tfr Application 03/01/01 | K. Cifatte | J. McManus |
| Letter 03/01/01 | A. Fay | K. Cifatte |
| App Sr. Collection Specialist 03/01/01 | K. Cifatte | C. Calsetta |
| Threat of Loss of Jobs Memo 02/20/01 | Cifatte, Benton, Buonac | G. Coleman |
| Non-Exempt Perf. Appraisal 12/06/00 | G. Simpson | K. Cifatte |
| Non-Exempt Perf. Appraisal | G. Simpson | G. Benton |

10/09/00

| | | | |
|---|---|---|---|
| Breaks/Work Hours Memo | G. Simpson | G. Benton | |

09/14/00

| | | |
|---|---|---|
| Notes | Kennedy (unsigned) | |

09/12/00

| | | |
|---|---|---|
| Notes | Kennedy (signed) | |

09/12/00

| | | |
|---|---|---|
| Memo | G. Benton | G. Simpson |

09/10/00

| | | |
|---|---|---|
| Conf. Interview | D. Stevens | K. Cifatte |

09/01/00

| | | | |
|---|---|---|---|
| Daily Breaks Memo | G. Simpson | Eco Sales/Tech/ Admin | 08/00 |

| | | |
|---|---|---|
| Daily Breaks Memo 08/31/00 | G. Simpson | Eco Sales/Tech/ Admin |

| | | |
|---|---|---|
| Performance Memo 06/08/00 | G. Simpson | K. Cifatte |

| | | |
|---|---|---|
| Performance Memo 06/08/00 | G. Simpson | K. Cifatte |

| | | |
|---|---|---|
| Performance Memo 06/05/00 | G. Simpson | K. Cifatte |

| | | |
|---|---|---|
| Performance Memo 06/05/00 | G. Simpson | K. Cifatte |

| | | |
|---|---|---|
| Commissions Memo 02/10/00 | G. Simpson | Eco Sales Reps. |

G. Benton Compensation
12/28/99

| | | |
|---|---|---|
| Non-Exempt Perf Appraisal 10/19/99 | G. Simpson | K. Cifatte |
| Non-Exempt Perf Appraisal Ltr. 10/19/99 | G. Simpson | K. Cifatte |
| Job Offer Ltr. 08/10/99 | G. Simpson | G. Benton |
| Non Discrimin Policy Harass 01/04/99 | J. McManus | Misc. Dept's |
| Letter 11/02/98 | G. Simpson | K. Cifatte |
| Transfer Application 08/11/98 | K. Cifatte | |
| Applied Bud System Notes | | |
| Confid Interview-Memo | D. Stevens | G. Benton |
| PB Business Practice | | |
| Confid Interview | G. Coleman | G. Benton |
| Aftermarket Sales Bonus Pgrm | | |
| Lincoln Word List | | |
| Letter | K. Cifatte | G. Simpson |
| PB Empl Handbook | | |
| Chart 1999 | | |
| PBCC Job Opportunity | | K. Cifatte |
| Non-Exempt Perf Appraisal | | K.Cifatte |
| PB Ombudsperson | | |
| May Closes | K. Cifatte | |
| PB Handbook Addendum | | |
| Plaintiffs' CCHRO/EEOC charges | | |

Plaintiffs' Releases of Jurisdiction

Plaintiffs' Right to Sue Letters

First pages of Plaintiffs' complaints

Swingster/American Identity file

Sample ECO Room file cover

Sample carryover list

Sheets summarizing G. Benton & P.

Buonincontra money damages

**10.    TRIAL TO COURT/JURY:**  A written stipulation of uncontroverted facts and law is submitted herewith.

    a)    Court:  Not applicable

    b)    Jury:  The parties have previously filed proposed voir dire questions and jury instructions.  Updated jury instructions are submitted herewith.

    c)    Opening Statements:  Counsel for both plaintiffs and defendants wish to make an opening statement.


Respectfully submitted,

| PLAINTIFFS,<br>DEBRA COSENTINO, ET AL. | DEFENDANTS,<br>PITNEY BOWES INC. and IMAGISTICS<br>INTERNATIONAL INC. |
|---|---|
| By: _____<br>   William B. Barnes, Esq. (ct 00268)<br>   Rosenstein & Barnes<br>   Their Attorneys<br>   1100 Kings Hwy. East<br>   Fairfield, CT  06432<br>   (203) 367-7922 | By: _____<br>   Lawrence Peikes (ct 07913)<br>   Wiggin and Dana LLP<br>   Their Attorneys<br>   400 Atlantic Street<br>   P.O. Box 110325<br>   Stamford, CT  06911-0325 |

(203) 367-8110 (fax)                        (203) 363-7600
                                            (203) 363-7676 (fax)