UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Debra Cosentino

V.                                    Case Number: 3:01CV2129(AVC)

Pitney Bowes, Inc

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on August 30, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **September 30, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, August 31, 2005.


KEVIN F. ROWE, CLERK

By: _____
    Fidelis Basile
    Deputy Clerk