## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBRA COSENTINO, ET AL.,** | : 301CV2129 (AVC) |
| Plaintiffs | : |
| | :CONSOLIDATED CASES |
| vs. | : |
| **PITNEY BOWES, INC. and** | : |
| **IMAGISTICS INTERNATIONAL, INC.,** | : |
| Defendants | : SEPTEMBER 22, 2005 |

### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiffs, DEBRA COSENTINO, GERALDINE BENTON, PATRICIA BUONINCONTRA, DONNA MOORE AND KIM CIFATTE ("Plaintiffs"), with the consent and acquiescence of the defendants, PITNEY BOWES, INC., AND IMAGISTICS INTERNATIONAL, INC. ("Defendants"), hereby file this Motion for Voluntary Dismissal with Prejudice.

**WHEREFORE**, the Plaintiffs respectfully request that this Motion be granted, and that an order of dismissal, with prejudice, enter in favor of these Defendants, without costs or fees to any party.

          THE PLAINTIFFS,
DEBRA COSENTINO, GERALDINE BENTON, PATRICIA BUONINCONTRA, DONNA MOORE, AND KIM CIFATTE

_____
Their Counsel
Sheila K. Rosenstein, (ct 07091)
1100 Kings Hwy. East
Fairfield, CT 06432
Tel: (203) 367-7922
Fax: (203) 367-8110

## **CERTIFICATION**

      This is to certify that on September 22, 2005, a copy hereof was sent by U.S. Mail, postage prepaid, to each attorney of record and to all pro se parties of record as follows:

Lawrence Peikes
Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

_____
      Sheila K. Rosenstein