/15

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBRA COSENTINO, ET AL., | : 301CV2129 (AVC) |
| Plaintiffs | : |
| | :CONSOLIDATED CASES |
| vs. | : |
| PITNEY BOWES, INC. and | : |
| IMAGISTICS INTERNATIONAL, INC., | : |
| Defendants | : SEPTEMBER 22, 2005 |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiffs, DEBRA COSENTINO, GERALDINE BENTON, PATRICIA BUONINCONTRA, DONNA MOORE AND KIM CIFATTE ("Plaintiffs"), with the consent and acquiescence of the defendants, PITNEY BOWES, INC., AND IMAGISTICS INTERNATIONAL, INC. ("Defendants"), hereby file this Motion for Voluntary Dismissal with Prejudice.

**WHEREFORE**, the Plaintiffs respectfully request that this Motion be granted, and that an order of dismissal, with prejudice, enter in favor of these Defendants, without costs or fees to any party.

September 27, 2005. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.